Raymond Pacello, Jr., Esq.    Bar No. 207694
Donald J. Dechant, Esq.    Bar No.   89316
**ARNOLD LAW FIRM**
2329 India Street
San Diego, Ca 92101
(619) 233-1096

Attorneys for Plaintiff,
LAURA CRANN

```
        FILED  gds

      NOV 1 3 2007

  CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LAURA CRANN, formerly known as LAURA CARDOSO,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendants.

CIVIL CASE NO. **07 CV   2167 DMS   (NLS)**

**COMPLAINT FOR MONEY DAMAGES AND NEGLIGENCE**

**DEMAND FOR JURY TRIAL**

Plaintiff, complaining of Defendants, alleges:

## JURISDICTION

1.    This civil action arises under the Federal Tort Claims Act, 28 USC § 2671 et seq., and is brought by Plaintiff Laura Crann, formerly known as Laura Cardoso, to recover against Defendant, The United States of America, for personal injuries arising from a motor vehicle collision. This Court has jurisdiction under the provisions of 28 USC §1346(b).

2.    A Federal Tort Claim was timely filed by Plaintiff on May 16, 2007 against The United States of America, having been duly presented in writing to the appropriate federal agency, to wit: U.S. Customs and Border Protection. A true and correct copy of the claim is attached hereto as **Exhibit 1**.

3.      On October 2, 2007, Mark S. Borkowski, Executive Director for Mission Support for U.S. Customs and Border Protection, acknowledged receipt of the claim and denied the amount requested. He further advised that Plaintiff may file suit in an appropriate United States District Court not later than six months after the date this notification was mailed. A true and correct copy of this letter is attached hereto as **Exhibit 2**.

4.      On October 25, 2007, Plaintiff notified Defendant that a lawsuit would be filed soon. A true and correct copy of this correspondence is attached hereto as **Exhibit 3**.

PARTIES AND VENUE

5.      Venue is based on 28 USC §1391(b)(2) in that the events or omissions on which the claim is based occurred within the Southern District.

6.      Plaintiff Laura Crann is, and at all times mentioned herein was, a citizen of the United States and a resident of the County of San Diego, State of California. At all times mentioned herein, U.S. Customs and Border Protection Agent Luke C. Allen was in the employ the U.S. Department of Homeland Security, an agency of Defendant The United States of America, and was acting within the course and scope of his employment, and with the express consent and permission of the Defendant herein.

CAUSE OF ACTION FOR NEGLIGENCE

7.      Plaintiff Laura Crann hereby repeats, realleges and incorporates by this reference, each and every allegation contained in the preceding paragraphs of this Complaint.

8.      On September 7, 2005, at or near Chula Vista, California, Defendant's employee, U.S. Customs and Border Protection Agent Luke C. Allen, was operating a motor vehicle owned by Defendant, with the express consent and permission of the Defendant.

9.      On the date and place referenced above, Plaintiff Laura Crann was traveling northbound on Interstate 5, north of H Street, in the City of Chula Vista, California. She was driving a Ford Expedition at approximately 35 miles per hour in the No. 1 lane. Agent Luke Allen, on duty with U.S. Customs and Border Protection, was driving a Jeep Wrangler at approximately 35 miles per hour behind Plaintiff. Traffic started slowing as Plaintiff applied her brakes and came to a stop. Agent Allen looked down at his radio equipment. When he redirected his attention forward, he observed that

2

COMPLAINT FOR MONEY DAMAGES AND NEGLIGENCE

1    Plaintiff had stopped. Agent Allen applied his brakes and swerved to the left in an attempt to avoid

2    Plaintiff. However, due to Agent Allen's unsafe speed and inattention, his Jeep struck the left rear of

3    the Ford. Agent Allen continued toward the center divider and overturned. He also struck the center

4    concrete divider as he traveled to the left. The police report is attached to the Claim for Damage,

5    Injury, or Death. **Exhibit 1**.

6        10.    As a direct and proximate result of the negligence of Defendant's employee, Agent

7    Luke Allen, Plaintiff Crann sustained severe personal injuries, some of which are believed to be

8    permanent in nature, as well as emotional distress and shock and injury to her nervous system and

9    person. Plaintiff struck her face and head on the steering wheel at impact. She was immediately dizzy

10   and had bleeding from the nose. She sustained nasal fracture, and post-trauma nasal obstruction with

11   nasal deformation, as well as cervical and lumbar strain, and other facial trauma with contusions. The

12   medical records substantiating the above-related injuries are attached to the Claim for Damage,

13   Injury, or Death. **Exhibit 1**.

14       11.    As a proximate result of these injuries, Plaintiff has sustained great physical, mental

15   and emotional pain and suffering and loss of enjoyment of life. As a result of the aforementioned

16   injuries, Plaintiff has sustained special and general damages in an amount according to proof.

17       12.    As a further proximate result of the negligent conduct of Defendant's employee as

18   alleged herein, Plaintiff was unable to work at her usual employment and was required to and did

19   employ physicians and surgeons to examinee, treat and care for her. Plaintiff has thus incurred and

20   continues to incur medical and incidental expenses all to her special damage in an amount according

21   to proof.

22       13.    As a further proximate result of the negligent conduct of Defendant's employee as

23   alleged herein, Plaintiff has incurred wage loss and her earning capacity has been greatly impaired

24   both in the past and in the future, all to her special damage in an amount according to proof.

25                                          PRAYER

26       WHEREFORE, Plaintiff Laura Crann prays for judgment against Defendant The United

27   States of America as follows:

28

## CAUSE OF ACTION FOR NEGLIGENCE

A.  For all general damages, including emotional distress and all special damages including medical and related expenses, past and future, loss of earnings, past and future, as well as loss of earning capacity, in the amount of $150,000.00;

B.  For interest on all of the above sums at the legal rate;

C.  For all costs of suit herein; and

D.  For such other and further relief as the Court deems just and proper.

DATED:  11/9/07



ARNOLD LAW FIRM

Raymond Pacello, Jr.
Counsel for Plaintiff
Laura Crann

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38 of the Federal Rules of Civil Procedure.

DATED:  11/9/07

ARNOLD LAW FIRM

Raymond Pacello, Jr.
Counsel for Plaintiff
Laura Crann

COMPLAINT FOR MONEY DAMAGES AND NEGLIGENCE

**EXHIBIT 1**

# EXHIBIT "1"

ROBERT BRUCE ARNOLD

# Arnold Law Firm

INJURY AND INSURANCE LAWYERS
HELPING PEOPLE SINCE 1980

LAWYERS
ROBERT BRUCE ARNOLD
RAYMOND PACELLO, JR.*
DONALD J. DECHANT
* A PROFESSIONAL LAW CORPORATION

2329 INDIA STREET
SAN DIEGO, CALIFORNIA 92101
FAX (619) 233-1607

OF COUNSEL
STEVEN R. YOUNG
WWW.THEGUNSLINGER.COM

WEBSITE
WWW.ARNOLDLAWFIRM.NET

TELEPHONE (619) 233-1096

LAW CLERK
DAVID DIAZ

PARALEGALS
LORENA MIER ARNOLD
ALENA L. DUANE

CASE MANAGERS
ANNA L. GOMEZ
ALICIA M. CORRALES·

May 16, 2007

U.S. Customs & Border Protection        Certified Mail, Return Receipt Requested
Department of Homeland Security
2411 Boswell Road
Chula Vista, CA  91914-3519

U.S. Customs & Border Protection        Certified Mail, Return Receipt Requested
6650 Telecom Drive
Indianapolis, IN 46278

RE:    **CLAIM FOR INJURY**
Auto Collision of September 7, 2005
Our File No.: 1813
-----------------------------------

Dear Sir or Ms.:

Please find enclosed our Claim for Damage, Injury or Death on Standard Form 95, together with
supporting exhibits.

If you have any questions, please feel free to call.

Regards,

ARNOLD LAW FIRM

Donald J. Dechant
Attorney at Law

DJD:alg

Encl.:  Standard Form 95 with supporting exhibits

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO.
1105-0008

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| U.S. Customs and Border Protection<br>Department of Homeland Security<br>2411 Boswell Road<br>Chula Vista, CA 91914-3519 | Claimant: Laura Cardoso<br>1263 Donax Avenue, #A<br>Imperial Beach, CA 91932<br><br>Attorney: Raymond Pacello, Jr.<br>Arnold Law Firm<br>2329 India Street<br>San Diego, CA 92101 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>8/15/84 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>9/7/05 | 7. TIME (A.M. OR P.M.)<br>0730 |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Claimant Laura Cardoso was traveling northbound on Interstate 5, north of H Street, in the City of Chula Vista, CA. She was driving a Ford Expedition at 35 miles per hour in the No. 1 lane. Luke Allen, on duty with the U.S. Border Patrol, was driving a Jeep Wrangler at 35 miles per hour behind Cardoso. Traffic started slowing as Cardoso applied her brakes and came to a stop. Allen looked down at his radio equipment. When he redirected his attention forward, he observed that Cardoso had stopped. Allen applied his brakes and swerved to the left in an attempt to avoid Cardoso. However, due to Allen's unsafe speed and inattention, his Jeep struck the left rear of the Ford. Allen continued toward the center divider and overturned. He also struck the center concrete divider as he traveled to the left. The police report is attached hereto and incorporated by reference herein.

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
Louis Sergio Crann, 1263 Donax Avenue, # A, Imperial Beach, CA 91932.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
Left rear and left side of Ford Expedition. Photographs are attached hereto and incorporated by reference herein.

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
Cardoso struck her face and head on the steering wheel at impact. She was immediately dizzy and had bleeding from the nose. She sustained nasal fracture, and post-trauma nasal obstruction with nasal deformation, as well as cervical and lumbar strain, and other facial trauma with contusions. The medical records substantiating the above-related injuries are attached hereto and incorporated by reference herein.

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Huber | U.S. Customs and Border Protection<br>Department of Homeland Security<br>2411 Boswell Road<br>Chula Vista, CA 91914-3519 |

## 12. (See instructions on reverse.) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | $150,000.00 | | $150,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*Laura Cardoso, By Raymond Pacello, Jr.* | 13b. Phone number of person signing form<br>(619) 233-1096 | 14. DATE OF SIGNATURE<br>J-16-07 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

---

15. Do you carry accident insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☒ No

Cardoso did not have health insurance. The details of the car insurance are explained in Box 19.

---

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes    ☒ No    | 17. If deductible, state amount.

Cardoso is not the owner of the car or the named insured under the policy. Therefore, she did not file a property damage claim.

$1,000.00

---

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

Not applicable.

---

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

Hudson Insurance, purchased through CIO Insurance Services, 3643 El Cajon Blvd., San Diego, CA 92104. Policy No. HSC 004011725. The claim is being adjusted through David Morse & Associates, PO Box 26004, Glendale, CA 91222-6004. Claim No. SCH-0032854. The named insured is Louis S. Crann.

---

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute this form may render your claim "invalid".

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95    BACK

## LIST OF EXHIBITS

1. Designation of Claim Representative;

2. Police Report;

3. Photographs of Ford Expedition;

4. Records from Sharp Coronado Hospital;

5. Report and records from Bradford Stiles, MD;

6. Records from South Bay Spine & Sport;

7. Report and records from David Kupfer, MD;

8. Records from John Tolmosoff, DC;

9. Laura Cardoso's Medical Billing Summary with supporting bills.

# EXHIBIT "1"

## DESIGNATION OF CLAIM REPRESENTATIVE

I designate the Law Offices of Robert Bruce Arnold to act on my behalf with regards to any claims I may have with any insurance company arising out of the incident that occurred on or about _____9-07-2005_____ .

Please cooperate with my representative in the handling of my claim.

Dated: __10·10·05__          _Laura Creedon_

### REPRESENTATIVE

### THE LAW OFFICES OF ROBERT BRUCE ARNOLD

2329 India Street

San Diego, CA  92101

Telephone (619) 233-1096

Fax (619) 233-1607

# EXHIBIT "2"

CHP 555 CARS Page 1 (Rev 1-03) OPI 061

Page 1 of 9

| SPECIAL CONDITIONS ON-DUTY EMERGENCY VEHICLE | NUMBER INJURED 1 | HIT & RUN FELONY ☐ | CITY CHULA VISTA    SOUTH BAY | | JUDICIAL DISTRICT | LOCAL REPORT NUMBER |
|---|---|---|---|---|---|---|
| | NUMBER KILLED 0 | HIT & RUN MISDEMEANOR ☐ | COUNTY SAN DIEGO | REPORTING DISTRICT | BEAT 1 | 05  09  113 |

**LOCATION**

| COLLISION OCCURRED ON: I-5 N/B | | MO 9/7 | DAY | YEAR 2005 | TIME (2400) 0730 | NCIC # 9645 | OFFICER I.D. 014899 |
|---|---|---|---|---|---|---|---|
| MILEPOST INFORMATION: 160 FEET SOUTH OF S. S.D. 8.007 | | DAY OF WEEK WEDNESDAY | TOW AWAY ☒ YES ☐ NO | | PHOTOGRAPHS BY: | ☒ NONE | |
| ☒ AT INTERSECTION WITH: OR: 0.15 MILE(S) NORTH OF 'H' STREET | | | STATE HWY REL ☒ YES ☐ NO | | | | |

| PARTY 1 | DRIVER'S LICENSE NUMBER D2997759 | STATE CA | CLASS C | AIR BAG M | SAFETY EQUIP. G | VEH. YEAR '03 | MAKE / MODEL / COLOR JEEP WRANGLER WHI/GRN | LICENSE NUMBER DHS10175 | STATE US |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☒ | NAME(FIRST, MIDDLE, LAST)    ON DUTY EMERGENCY VEHICLE LUKE C ALLEN | | | | | | | | |
| PEDES-TRIAN | STREET ADDRESS 7020 CURRAN STREET | | | | | OWNER'S NAME ☐ SAME AS DRIVER DEPT OF HOMELAND SECURITY (U.S.B.P.) | | | |
| PARKED VEHICLE | CITY / STATE / ZIP SAN DIEGO            CA      92154 | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER 2411 CHULA VISTA CA 91914 | | | |
| BICY-CLIST | SEX M | HAIR BRN | EYES BRN | HEIGHT 6-03 | WEIGHT 185 | BIRTHDATE Mo 7/23 Day 1980 Year | RACE W | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER U.S.B.P TOW |
| OTHER ☐ | HOME PHONE (619)661-3255 | | BUSINESS PHONE ( ) -SAME | | | PRIOR MECH. DEFECTS ☒ NONE APP. | | ☐ REFER TO NARRATIVE |
| | INSURANCE CARRIER SELF-INSURED | | POLICY NUMBER | | | VEHICLE IDENTIFICATION NUMBER: | | |
| | | | | | | VEHICLE TYPE 48 | DESCRIBE VEHICLE DAMAGE ☐ UNK ☐ NONE ☐ MINOR ☐ MOD ☐ MAJOR ☒ ROLL-OVER | SHADE IN DAMAGED AREA |
| | DIR OF TRAVEL N | ON STREET OR HIGHWAY I-5 | | | SPEED LIMIT 65 | CA DOT CAL-T    TCP/PSC    MC/MX | | |

| PARTY 2 | DRIVER'S LICENSE NUMBER D3244550 (SUSP) | STATE CA | CLASS U | AIR BAG M | SAFETY EQUIP. G | VEH. YEAR '00 | MAKE / MODEL / COLOR FORD EXPEDITI BLK | LICENSE NUMBER 4LTS237 | STATE CA |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☒ | NAME(FIRST, MIDDLE, LAST) LAURA CARDOSO | | | | | | | | |
| PEDES-TRIAN | STREET ADDRESS 443 MORRISON STREET | | | | | OWNER'S NAME ☐ SAME AS DRIVER LOUIS SERGIO CARANN | | | |
| PARKED VEHICLE | CITY / STATE / ZIP SAN DIEGO            CA      92102 | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER 1263 DONAX AVE. #A IMPERIAL BEACH CA 91932 | | | |
| BICY-CLIST | SEX F | HAIR BRN | EYES BRN | HEIGHT 5-06 | WEIGHT 140 | BIRTHDATE Mo 8/15 Day 1984 Year | RACE H | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☒ OTHER DRIVEN AWAY |
| OTHER ☐ | HOME PHONE UNKNOWN | | BUSINESS PHONE UNKNOWN | | | PRIOR MECHANICAL DEFECTS ☒ NONE APP. | | ☐ REFER TO NARRATIVE |
| | INSURANCE CARRIER NONE (CITED) | | POLICY NUMBER | | | VEHICLE IDENTIFICATION NUMBER: | | |
| | | | | | | VEHICLE TYPE 07 | DESCRIBE VEHICLE DAMAGE ☐ UNK ☐ NONE ☒ MINOR ☐ MOD ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA |
| | DIR OF TRAVEL N | ON STREET OR HIGHWAY I-5 | | | SPEED LIMIT 65 | CA DOT CAL-T    TCP/PSC    MC/MX | | |

| PARTY 3 | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☐ | NAME(FIRST, MIDDLE, LAST) | | | | | | | | |
| PEDES-TRIAN | STREET ADDRESS | | | | | OWNER'S NAME ☐ SAME AS DRIVER | | | |
| PARKED VEHICLE | CITY / STATE / ZIP | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER | | | |
| BICY-CLIST | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE Mo Day Year | RACE | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☐ OTHER |
| OTHER ☐ | HOME PHONE | | BUSINESS PHONE | | | PRIOR MECHANICAL DEFECTS ☐ NONE APP. | | ☐ REFER TO NARRATIVE |
| | INSURANCE CARRIER | | POLICY NUMBER | | | VEHICLE IDENTIFICATION NUMBER: | | |
| | | | | | | VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE ☐ UNK ☐ NONE ☐ MINOR ☐ MOD ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA |
| | DIR OF TRAVEL | ON STREET OR HIGHWAY | | | SPEED LIMIT | CA DOT CAL-T    TCP/PSC    MC/MX | | |

| PREPARER'S NAME T. DOERR 014899 | DISPATCH NOTIFIED ☐ YES ☒ NO ☐ N/A | REVIEWER'S NAME R. COBB    (BLS-B) | DATE REVIEWED 09-10-05 |
|---|---|---|---|

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 9/7/2005 | 0730 | 9645 | 014899 | 05 00 7 3 |

| PROPERTY DAMAGE | OWNER NONE | OWNER ADDRESS | NONE □ YES □ NO |
|---|---|---|---|
| | DESCRIPTION OF DAMAGE | | |

## SEATING POSITION

```
     ▲
  1  2  3
  4  5  6
     7
```

1 - DRIVER
2 TO 6 - PASSENGERS
7 - STA. WGN REAR
8 - RR. OCC TRK. OR VAN
9 - POSITION UNKNOWN
0 - OTHER

## OCCUPANTS
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP/SHOULDER HARNESS USED
H - LAP/SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED

## SAFETY EQUIPMENT
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

### CHILD RESTRAINT
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

### M/C BICYCLE - HELMET
| DRIVER | PASSENGER |
|---|---|
| V - NO | X - NO |
| W - YES | Y - YES |

### EJECTED FROM VEHICLE
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

## INATTENTION CODES
A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONNEL HYGIENE
J - READING
K - OTHER

### ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.

**PRIMARY COLLISION FACTOR**
LIST NUMBER (#) OF PARTY AT FAULT

| | | | |
|---|---|---|---|
| 1 | A VC SECTION VIOLATED: CITED □ YES | | |
| | 22350 VC ☒ NO | | |
| | B OTHER IMPROPER DRIVING* | | |
| | C OTHER THAN DRIVER* | | |
| | D UNKNOWN* | | |

**WEATHER** (MARK 1 TO 2 ITEMS)

| | |
|---|---|
| ☒ | A CLEAR |
| | B CLOUDY |
| | C RAINING |
| | D SNOWING |
| | E FOG / VISIBILITY        FT. |
| | F OTHER:* |
| | G WIND |

**LIGHTING**

| | |
|---|---|
| ☒ | A DAYLIGHT |
| | B DUSK - DAWN |
| | C DARK - STREET LIGHTS |
| | D DARK - NO STREET LIGHTS |
| | E DARK - STREET LIGHTS NOT FUNCTIONING* |

**ROADWAY SURFACE**

| | |
|---|---|
| ☒ | A DRY |
| | B WET |
| | C SNOWY - ICY |
| | D SLIPPERY (MUDDY, OILY, ETC.) |

**ROADWAY CONDITION(S)** (MARK 1 TO 2 ITEMS)

| | |
|---|---|
| | A HOLES, DEEP RUT* |
| | B LOOSE MATERIAL ON ROADWAY* |
| | C OBSTRUCTION ON ROADWAY* |
| | D CONSTRUCTION - REPAIR ZONE |
| | E REDUCED ROADWAY WIDTH |
| | F FLOODED* |
| | G OTHER:* |
| ☒ | H NO UNUSUAL CONDITIONS |

## TRAFFIC CONTROL DEVICES

| | | 1 | 2 | 3 |
|---|---|---|---|---|
| ☒ | A CONTROLS FUNCTIONING | | | |
| | B CONTROLS NOT FUNCTIONING* | | | |
| | C CONTROLS OBSCURED | | | |
| | D NO CONTROLS PRESENT / FACTOR* | X | X | |

### TYPE OF COLLISION

| | |
|---|---|
| | A HEAD - ON |
| | B SIDE SWIPE |
| ☒ | C REAR END |
| | D BROADSIDE |
| | E HIT OBJECT |
| | F OVERTURNED |
| | G VEHICLE / PEDESTRIAN |
| | H OTHER:* |

### MOTOR VEHICLE INVOLVED WITH

| | | 1 | 2 | 3 |
|---|---|---|---|---|
| | A NON - COLLISION | | | |
| | B PEDESTRIAN | | | |
| ☒ | C OTHER MOTOR VEHICLE | | | |
| | D MOTOR VEHICLE ON OTHER ROADWAY | | | |
| | E PARKED MOTOR VEHICLE | | | |
| | F TRAIN | | | |
| | G BICYCLE | | | |
| | H ANIMAL: | | | |
| | I FIXED OBJECT: | | | |
| | J OTHER OBJECT: | | | |

### PEDESTRIAN'S ACTIONS

| | |
|---|---|
| ☒ | A NO PEDESTRIANS INVOLVED |
| | B CROSSING IN CROSSWALK AT INTERSECTION |
| | C CROSSING IN CROSSWALK - NOT AT INTERSECTION |
| | D CROSSING - NOT IN CROSSWALK |
| | E IN ROAD - INCLUDES SHOULDER |
| | F NOT IN ROAD |
| | G APPROACHING / LEAVING SCHOOL BUS |

## SPECIAL INFORMATION

| | | 1 | 2 | 3 |
|---|---|---|---|---|
| | A HAZARDOUS MATERIAL | | X | |
| | B CELL PHONE HANDHELD IN USE | X | | |
| | C CELL PHONE HANDSFREE IN USE | | | |
| | D CELL PHONE NOT IN USE | | | |
| | E SCHOOL BUS RELATED | | | |
| | F 75 FT MOTORTRUCK COMBO | | | |
| | G 32 FT TRAILER COMBO | | | |
| | H | | | |
| | I | | | |
| | J | | | |
| | K | | | |
| | L | | | |
| | M | | | |
| | N | | | |
| | O | | | |
| | P | | | |

### OTHER ASSOCIATED FACTORS (MARK 1 TO 2 ITEMS)

| | | 1 | 2 | 3 |
|---|---|---|---|---|
| A | VC SECTION VIOLATED: CITED □ YES □ NO | | | |
| B | VC SECTION VIOLATED: CITED □ YES □ NO | | | |
| C | VC SECTION VIOLATED: CITED □ YES □ NO | | | |
| D | | X | X | |
| E | VISION OBSCUREMENT: | | | |
| F | INATTENTION*: K-OTHER | X | | |
| G | STOP & GO TRAFFIC | X | X | |
| H | ENTERING / LEAVING RAMP | | | |
| I | PREVIOUS COLLISION | | | |
| J | UNFAMILIAR WITH ROAD | | | |
| K | DEFECTIVE VEH. EQUIP.: CITED □ YES □ NO | | | |
| L | UNINVOLVED VEHICLE | | | |
| M | OTHER:* | | | |
| N | NONE APPARENT | | | |
| O | RUNAWAY VEHICLE | | | |

## MOVEMENT PRECEDING COLLISION

| | |
|---|---|
| A | STOPPED |
| B | PROCEEDING STRAIGHT |
| C | RAN OFF ROAD |
| D | MAKING RIGHT TURN |
| E | MAKING LEFT TURN |
| F | MAKING U TURN |
| G | BACKING |
| H | SLOWING / STOPPING |
| I | PASSING OTHER VEHICLE |
| J | CHANGING LANES |
| K | PARKING MANEUVER |
| L | ENTERING TRAFFIC |
| M | OTHER UNSAFE TURNING |
| N | XING INTO OPPOSING LANE |
| O | PARKED |
| P | MERGING |
| Q | TRAVELING WRONG WAY |
| R | OTHER:* |

### SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS)

| | | 1 | 2 | 3 |
|---|---|---|---|---|
| A | HAD NOT BEEN DRINKING | X | X | |
| B | HBD - UNDER INFLUENCE | | | |
| C | HBD - NOT UNDER INFLUENCE* | | | |
| D | HBD - IMPAIRMENT UNKNOWN* | | | |
| E | UNDER DRUG INFLUENCE* | | | |
| F | IMPAIRMENT - PHYSICAL* | | | |
| G | IMPAIRMENT NOT KNOWN | | | |
| H | NOT APPLICABLE | | | |
| I | SLEEPY / FATIGUED | | | |

---

**SKETCH**

SEE PAGE 4

( ) INDICATE NORTH

**MISCELLANEOUS**

HDQ.
DIV. HWY.
CA/DA/SB
CALTRANS
CORONER
CO. RD. DEP.
S.D. CITY
A.I.

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | | OFFICER I.D. | | | | NUMBER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/2005 | 0730 | 9645 | | 014899 | | | | U5 | 09 | 113 | |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY('X' ONE) | | | | INJURED WAS ('X' ONE) | | | | | | PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SEVERE INJURY | OTHER VISIBLE INJURY | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | | OTHER | | | | | |
| ☐ # | ☐ | 21 | F | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ | | ☐ | 2 | 1 | M | G | 0 |

NAME / D.O.B. / ADDRESS  
LAURA CARDOSO  (08/15/1984)  443 MORRISON STREET  SAN DIEGO  CA  92102   **TELEPHONE**  
**UNKNOWN**

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:  
WILL SEEK OWN AID

DESCRIBE INJURIES:   BLOODY NOSE

---

| | | | | | | | | | | | | | VICTIM OF VIOLENT CRIME NOTIFIED ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☒ | 34 | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | 1 | 3 | M | G | 0 |

NAME / D.O.B. / ADDRESS  
ERIC HUBER  (06/23/1971)  SAME AS P1    **TELEPHONE**  
( )  -SAME AS P1

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:

DESCRIBE INJURIES:

---

| | | | | | | | | | | | | VICTIM OF VIOLENT CRIME NOTIFIED ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

NAME / D.O.B. / ADDRESS    **TELEPHONE**

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:

DESCRIBE INJURIES:

---

| | | | | | | | | | | | | VICTIM OF VIOLENT CRIME NOTIFIED ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

NAME / D.O.B. / ADDRESS    **TELEPHONE**

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:

DESCRIBE INJURIES:

---

| | | | | | | | | | | | | VICTIM OF VIOLENT CRIME NOTIFIED ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

NAME / D.O.B. / ADDRESS    **TELEPHONE**

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:

DESCRIBE INJURIES:

---

| | | | | | | | | | | | | VICTIM OF VIOLENT CRIME NOTIFIED ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

NAME / D.O.B. / ADDRESS    **TELEPHONE**

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:

DESCRIBE INJURIES:

---

| PREPARER'S NAME | | I.D. NUMBER | MO.   DAY   YEAR | REVIEWER'S NAME | | MO.   DAY   YEAR |
|---|---|---|---|---|---|---|
| T. DOERR | | 014899 | 9/7/2005 | | | |

VICTIM OF VIOLENT CRIME NOTIFIED ☐

| DATE OF COLLISION (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 09/07/05 | 0730 | 9645 | 14899 | J5 09 113 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE = )

I-5 N/B
N/ 'H' ST.



INDICATE
NORTH



OSP-03 75578

| DATE OF COLLISION (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 09/07/05 | 0730 | 9645 | 14899 | |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE =         )



INDICATE NORTH

I-5 N/B
N/ 'H' ST.



| PREPARED BY | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| T. DOERR | 14899 | 09/07/05 | | |

OSP 03 75578

**Factual Diagram Legend**
CHP Legend (Rev. 12-99) 13791

| DATE OF COLLISION | | | Time(2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER | Page |
|---|---|---|---|---|---|---|---|
| 09 / 07 / 05 | | | 0730 | 9645 | # 14899 | 05 113 | |

## Vehicle Points of Rest

| Veh. | Wheel | Feet | Dir. | Reference Point | Feet | Dir. | Second Reference Point |
|---|---|---|---|---|---|---|---|
| 1 | L/R | 91' | S | MILEPOST MARKER S S.D. 8.007 | 14 | W | I-5 N/B W/ RDWY EDGE |
| 1 | L/F | 92' | S | " " | 4 | W | " " |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Physical Evidence

Ⓐ  PAINT SCRAPE TO ROADWAY FROM V-1

Ⓑ  SCRAPE TO CONCRETE WALL FROM V-1

## Location of Physical Evidence

| # | Feet | Dir. | Reference Point | Feet | Dir. | Second Reference Point |
|---|---|---|---|---|---|---|
| BEGIN A | 126 | S | MILEPOST MARKER S S.D. 8.007 | 7 | W | I-5 N/B W/ RDWY EDGE |
| END A | 108 | S | " " | 10 | W | " " |
| | | | | | | |
| BEGIN B | 124 | S | " " | 14 | W | " " |
| END B | 91 | S | " " | 14 | W | " " |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| PREPARER'S NAME AND I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| T. DOERR        # 14899 | 09 / 08 / 05 | | 1 / / 00 |

California Highway Patrol
## COLLISION NARRATIVE

| Date | Time | NCIC | Officer I.D. | Number | | | |
|------|------|------|--------------|--------|--|--|--|
| 09/07/05 | 0730 | 9645 | 14899 | 0 5 | 0 9 | 1 | 7 |

## FACTS:

### NOTIFICATION:

I was notified of a traffic collision involving an on-duty emergency vehicle at 0731 hours. I responded from Telegraph Canyon Road east of I-805 and arrived at the scene at 0744 hours. All times, speeds, and measurements are approximate. All measurements were taken by rollmeter, odometer pacing, and visual estimation.

### SCENE DESCRIPTION:

I-5 northbound north of 'H' Street at the location of this collision, is a 5 lane concrete surfaced freeway with an added asphalt on-ramp lane from 'H' Street, located in the city of Chula Vista. The posted speed limit is 65 MPH, and there were no visible roadway defects. The east roadway edge is delineated by a solid white line. The right shoulder is asphalt surfaced. The west roadway edge is delineated by a solid yellow line. The center median is asphalt surfaced and is bordered by a concrete wall. The weather was clear and dry at the time of this traffic collision. Refer to factual diagram, page 5 for further details.

### PARTIES:

Party #1 (P1) (Allen) was contacted at the scene. He was identified by his CA driver license and determined to be an involved driver by his statements. P1 is employed as a full-time federal agent by the U.S. Government (United States Border Patrol.) At the time of the collision he was on-duty and operating an "Authorized Emergency Vehicle" per section 165(b)(1) VC in the performance of his duties.

Vehicle #1 (V1) (Jeep) was found on the center median facing in an easterly direction. V1 sustained major rollover damage which included scrapes and dents to the hood, scrapes to the left front fender, a torn roof, a shattered windshield, shattered rear windows, and a smashed right front fender. V1 is a marked "Authorized Emergency Vehicle" and is equipped with emergency lights and siren. No prior mechanical defects were noted or claimed. V1's seatbelts appeared to be in working order.

Party #2 (P2) (Cardoso) was contacted at the scene. She was identified by her CA driver license and determined to be an involved driver by her statements.

Vehicle #2 (V2) (Ford) was moved to the center median prior to my arrival. V2 sustained minor damage which consisted of dents and scrapes to the left rear fender and a broken left rear taillight. No prior mechanical defects were noted or claimed. V2's seatbelts appeared to be in working order.

### PHYSICAL EVIDENCE:

Refer to factual diagram and physical evidence legend, pages 5-6 for further details.

| Preparer's Name | ID | Date | Reviewer's Name | Date | 7 |
|-----------------|-----|------|-----------------|------|---|
| T. Doerr | 14899 | 9/9/2005 | | | |

California Highway Patrol
## COLLISION NARRATIVE

Page 8

| Date | Time | NCIC | Officer I.D. | Number | | |
|------|------|------|--------------|--------|---|---|
| 09/07/05 | 0730 | 9645 | 14899 | 05 | 05 | 77 9 |

### OTHER FACTUAL INFORMATION:

Officer P. Renteria #9998 obtained P2's information and statement.

### STATEMENTS:

P1 (Allen) related that he was traveling northbound on I-5, in the #1 lane, at 35 MPH in stop and go traffic. He passed by another border patrol agent that was on the right shoulder. He looked at his radio and was going to ask if they needed any help. When he looked up, he observed the vehicle in front of him had stopped. He hit the brakes and swerved to the left into the center divider to try to avoid hitting the vehicle. He clipped the left rear corner of the vehicle. His vehicle then went onto its side and flipped over.

P2 (Cardoso) related that she was traveling northbound on I-5, in the #1 lane, at a slow rate of speed due to heavy traffic. Traffic was slowing down even more so she slowed to a stop. She looked up into her rearview mirror and saw a vehicle coming up behind her at a moderate speed. The vehicle wasn't slowing. She was then hit from behind.

### OPINIONS AND CONCLUSIONS:

#### SUMMARY:

The summary was determined by the statements from both parties, the damage sustained by both vehicles, and physical evidence.

Both vehicles were traveling northbound on I-5, north of 'H' Street. P2 (Cardoso) was driving V2 (Ford), in the #1 lane, at 35 MPH. P1 (Allen) was driving V1 (Jeep), in the #1 lane, at 35 MPH behind V2. Traffic started slowing as P2 applied her brakes and came to a stop. P1 looked down at his radio equipment. When P1 redirected his attention forward, P1 observed V2 had stopped. P1 applied his brakes and swerved to the left in an attempt to avoid V2. However, due to P1's unsafe speed and inattention, P1 caused V1 to strike the left rear of V2. V1 continued towards the center divider and overturned. V1 also struck the center concrete divider as V1 traveled to the left. V1 remained at its point of rest. V2 was moved to the center median prior to CHP arrival.

| Preparer's Name | ID | Date | Reviewer's Name | Date | 8 |
|-----------------|-----|------|-----------------|------|---|
| T. Doerr | 14899 | 9/9/2005 | | | |

California Highway Patrol
## COLLISION NARRATIVE

Page 9

| Date | Time | NCIC | Officer I.D. | Number |
|------|------|------|--------------|--------|
| 09/07/05 | 0730 | 9645 | 14899 | U 5 3 9 7 7 3 |

## AREAS OF IMPACT (AOIs):

The AOIs were determined by physical evidence.

AOI #1 (V1 vs. V2): was located approximately 160 feet south of milepost marker 5 S.D. 8.007, and 2 feet east of the west roadway edge of I-5 northbound.

AOI #2 (V1, overturn): was located approximately 126 feet south of milepost marker 5 S.D. 8.007, and 7 feet west of the west roadway edge of I-5 northbound.

AOI #3 (V1 vs. concrete wall): was located approximately 124 feet south of milepost marker 5 S.D. 8.007, and 14 feet west of the west roadway edge of I-5 northbound.

## CAUSE:

The cause was determined by the statements from both parties, the damage sustained by both vehicles, and physical evidence.

The cause of this collision was found to be a violation of section 22350 CVC (Unsafe Speed) by P1 (Allen). P1 was found at fault for this collision due to his unsafe speed causing V1 to strike the left rear of V2 as traffic stopped. An associated factor to this collision was P1's inattention (looking down at his radio equipment.)

## RECOMMENDATIONS:

None.

| Preparer's Name | ID | Date | Reviewer's Name | Date | 9 |
|-----------------|-----|------|-----------------|------|---|
| T. Doerr | 14899 | 9/9/2005 | | | |

# EXHIBIT "3"













# EXHIBIT "4"

SHARP HEALTHCARE

Sharp Coronado
250 Prospect Place, Coronado, CA 92118

EMERGENCY SERVICE REPORT

ADMIT NO.: 000070065821          DATE OF CARE: 09/27/05
MR NO.:    0000000000174633      DOB: 08/15/1984  SEX: F
SHC No:    100343395

PATIENT:   CARDOSO, LAURA

PHYSICIAN: Mark J Tamsen, MD


CHIEF COMPLAINT:
Motor vehicle accident this morning.

MODE OF ARRIVAL:
Private vehicle.

HISTORY OF PRESENT ILLNESS:
A very pleasant, 21-year-old female with a complaint of being
rear ended.  She was driving a Ford Expedition.  Her seat belt
was on.  She believes she may have hit the steering wheel with
her chest.  She is also concerned that her nose might be injured.
Complains of neck stiffness.

PAST HISTORY:
ALLERGIES:
See clinical notes.

MEDICATIONS:
See clinical notes.

PAST ILLNESS:
Noncontributory.

FAMILY HISTORY:
Noncontributory.

SOCIAL HISTORY:
Lives and works locally.

REVIEW OF SYSTEMS:
CONSTITUTIONAL:  No fever or weight loss.
EYES:  No visual change or pain.
NEUROLOGICAL:  No loss of consciousness.

---

D: Mark J Tamsen, MD

CARDOSO, LAURA
0000000000174633

ABDOMEN:  No pain or debility.
GENITOURINARY:  Is not pregnant.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Stable.
CONSTITUTIONAL:  Pleasant female with stiff paraspinal muscle
spasm.
RESPIRATORY:  Clear and equal breath sounds.
CARDIOVASCULAR:  Regular rhythm and rate.  There is no clinical
sign of sternal or rib fracture.
GENITOURINARY:  No pain in the bladder or flanks.
ABDOMEN:  Soft, nontender.
NEUROLOGICAL:  The patient is awake, alert and appropriate.

COURSE OF TREATMENT:
X-rays show normal C spine.  Chest x-ray is normal.  The patient
is somewhat improved with Toradol and Flexeril.  Soft C collar
placed.

IMPRESSION:
Motor vehicle trauma, cervical strain, contusions.

PLAN:
Close outpatient follow up with Dr. John Pedrotty locally or the
Imperial Beach or Down Town Family Health Center.

Please note: Unless specifically stated, all procedures
mentioned, tests done, and medications given were
performed/interpreted by the emergency physician, or were under
the direct supervision of the emergency physician.

_____
Mark J Tamsen, MD

CC: John R Pedrotty Jr., MD
    Imperial Beach Community Clinic
    Down Town Family Health Center


MJT:Spheris11218    C:
D: 09/07/05 19:46 T: 09/08/05 17:15 DOCUMENT: 200509081222562500



_____
D: Mark J Tamsen, MD

                          CARDOSO, LAURA
                          0000000000174633

              Page 2 of 2

| Time Seen By Nurse | Temp | Pulse | Resp | P | O₂ SAT | ARRIVAL MODE: |
|---|---|---|---|---|---|---|
| 1802 | 98⁷ | 94 | 20 | 14/57 | 97 % | ☑ WALK ☐ CARRIED ☐ POV ☐ HOME ☐ B&C |

Head Circumference <1 year _____ ☐ ALS ☐ BLS ☐ W/C ☐ SNF ☐ WORK

**BROUGHT FROM:**

**Triage Class:** ☐ Emergent ☐ Urgent ☐ Not Urgent

Development consistent w/age ☐ Y ☐ N   Birth Wgt <6 mo _____

Weight: _____ Scale/Stated

Tetanus ☐ Unknown ☐ >5 Yrs ☐ <5 Yrs   Immunizations: ☐ Current ☐ Unknown

**CHIEF COMPLAINT:**

Pain Site: _generalized_   Character: _ache_

Acceptable Level: _body pain_

This 21 y/o female come to ER c/o back, neck, + generalized

**HISTORY OF PRESENT ILLNESS** body pain

MVA - was rear ended c 9 am (restrained driver c a stop sign) Denys


0-10 Numeric Pain Indicator Scale
No Hurt / Hurts Little Bit / Hurts Little More / Hurts Even More / Hurts Whole Lot / Hurts Worst
0 1 2 3 4 5 6 7 8 9 10

## INITIAL ASSESSMENT (Check all that apply)

### HISTORY / PHYSICAL ASSESSMENT

**Resp** ☐ N/A

| R | L | Lung Sounds |
|---|---|---|
| ☐ | ☐ Labored | ☑ Unlabored |
| ☐ | ☐ | Clear |
| ☐ | ☐ | Wheezes |
| ☐ | ☐ | Rales |
| ☐ | ☐ | Rhonchi |
| ☐ | ☐ | Diminished |
| ☐ | ☐ | Absent |

**PEDIATRIC** Age 2 - 36 mo ☐ N/A
- ☐ Good Eye Contact
- ☐ Active "Playful"
- ☐ Quiet
- ☐ Crying consolable
- ☐ Crying not consolable
- ☐ Strg. Cry ☐ Weak Cry
- ☐ Sleepy Drowsy
- ☐ Lethargic

**SPEECH**
- ☑ Normal
- ☐ Slurred
- ☐ Aphasic
- ☐ WNL for patient

**ALLERGIES** ☐ NKA   **LATEX SENSITIVITY** ☐ YES ☑ NO

NKA

**G.I.** ☑ N/A
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☐ Hematemesis
- ☐ Coffee ground
- ☐ Black stool
- ☐ Rectal Bleeding
- ☐ Constipation

**Patient Medications:** ☐ NONE   ☐ See Attached List

N/A

**Skin** ☐ N/A
- ☑ WNL ☐ Cool
- ☐ Pale ☐ Hot
- ☐ Flushed ☐ Dry
- ☐ Cyanotic ☐ Jaundice
- ☐ Diaphoretic

**Pupils** ☐ N/A   Perla
- ☐ ☐ PERLA
- ☐ ☐ Pinpoint
- ☐ ☐ Dilated

1  3  4  5
6  7  9
R ___ mm  L ___ mm

**Neuro / Motor** ☐ N/A
- ☐ Alert
- ☑ Oriented X 4
- ☐ Lethargic
- ☐ Anxious
- ☐ Confused
- ☐ Uncooperative
- ☐ Combative
- ☐ Unresponsive
- ☐ Asymmetric
- ☐ Weakness R/L

**Reproductive** ☐ N/A
- ☐ Pg ☐ Unknown
- EDC _____
- LMP 1 1/2 weeks ago
- FHT _____
- G 11 P 1 AB 1
- Discharge _____
- ☐ Vag. Bleeding
- Pads # _____

**GU** ☑ N/A
- ☐ Flank Pain R L
- ☐ Dysuria
- ☐ Hematuria
- ☐ Frequency
- ☐ Incontinence
- ☐ Unable to Void

**MEDICAL HISTORY:**

Asthma

| TB Screen ☐ N/A | NUTRITION | Smoke: | DV: |
|---|---|---|---|
| ☐ Cough | ☑ WNL | ☐ Yes | ☑ Yes |
| ☐ Wgt. Loss | ☐ Unexplained Wt Loss | ☑ No | ☑ No |
| ☐ NOC Sweats | ☐ Malnourished | | ☐ Referred |
| ☐ Reported | ☐ Referred | | ☐ Reported |
| ☐ Referred | | | |

**Nurses' Signature** _____

# SHARP. Coronado Hospital

**OUTPATIENT AND / OR EMERGENCY REPORT NURSING RECORD / ASSESSMENT**

ER105 (9/03)

70065821 09/07/2005
SCO
CARDOSO, LAURA    08/15/84
00-17-46-33 DPE AGE 21 F
RASSER, MARK J    100-143-393

PCP NONE PER PT

## NURSES NOTES NARRATIVE

| TIME | T | P | R | BP | MONITOR | O₂Sat | Pain Scale | TIME | NARRATIVE |
|------|---|---|---|----|---------|-------|------------|------|-----------|
|  |  |  |  |  |  |  | /10 | 1810 | placed into bed 1  ED |
|  |  |  |  |  |  |  | /10 | 1830 | Examined chy Dr |
|  |  |  |  |  |  |  | /10 |  | Tamsen EN |
|  |  |  |  |  |  |  | /10 | 1840 | IM and PO meds given |
|  |  |  |  |  |  |  | /10 |  | for pain           ED |
|  |  |  |  |  |  |  | /10 | 1858 | Ack to xray for c-spine |

| TIME ORDERED | DOCTORS ORDERS | ROUTE SITE | TIME INT. | TIME | NARRATIVE |
|--------------|----------------|------------|-----------|------|-----------|
|  |  |  |  |  | & Chest films       EN |
| 1830 | Toradol 60mg | IM |  | 1925 | Back to ED. BRP - voided |
|  | Flexeril 10mg | PO |  |  | well                  GAN |
|  | xray c-spine |  | Home | 1945 | Soft cervical collar saund |
|  | PA/LAT CXR |  | GN | | fresh ice pack given for ED |
|  |  |  |  |  | and home use |
| 1940 | ① Soft collar PO | 1945 | 1950 | Client ver balize/understo- |
|  | ② discharge |  |  |  | standing of discharge |
|  |  |  |  |  | instructions - home gait |
|  |  |  |  |  | strong and steady |

**PATIENT TRACKING**

| | |
|---|---|
| Triage Time | 1800 |
| MSE (seen by MD) | 1830 |
| Time in Room | 1810 |
| MD Disposition Time | |

- ☐ VIOLENCE/POLICE
- ☐ SUSPECTED CHILD ABUSE
- ☐ SUSPECTED ADULT ABUSE
- ☐ 5150
- ☐ DOCTOR'S 1ST
- ☐ PUBLIC HEALTH

**DISPOSITION:**
- ☑ D/C
- ☐ Ambulance
- ☐ AMA
- ☐ Admit
- ☑ Walk
- ☑ PAIN SCALE @ D/C
- ☐ Transfer
- ☐ W/C
- ☑ Patient verbally understands the
- ☐ Expired
- ☐ Gurney        instructions.
- ☐ Eloped
- ☐ Carried

To: **Home**        Time Out **1952**

Call Back
Time ___
Date ___
Comments: ___
___
___
RN

| SIGNATURE | CONSENT SITE / SIDE CONFIRMED WITH ER STAFF |
| SIGNATURE | SITE / SIDE CONFIRMED BY ER / MD |
| SIGNATURE | TIMEOUT |

| Attending Physician's Signature | Date 9/7/05 | Time 1830 | Nurse's signature  Eblase RN   DDichRN | Date 9/7/05 | Time |

## SHARP. Coronado Hospital

**OUTPATIENT AND/OR EMERGENCY REPORT**
**NURSING RECORD AND ORDERS**

70065821  09/07/2005
                        SCO
CARDOSO, LARA      08/15/84
00-17-46-33 OPE  AGE  21  F
TAMSEN, MARK J    100-343-905

PCP    NONE PER PT

SHC-PO-2122-NS (9/03)

TIME OF EXAM:

HISTORY AND EXAM

9/7/05

D#
1125625

IMPRESSION: (PLEASE PRINT)

① MVA                    ③ cerul strain
② contusions

| ATTENDING/CONSULTS | CALLED / RESPONDED | DISPOSITION (CHECK ALL THAT APPLY) | |
|---|---|---|---|
| | / | ☐ HOME    ☐ ADMITTED | ☐ REFERRED TO |
| | / | ☐ WORK    ☐ TRANSFERRED ▶ | |
| | / | CONDITION AT DISCHARGE (CHECK ALL THAT APPLY) | |
| | | ☐ UNCHANGED    ☐ ALERT/ORIENTED    ☑ DO NOT DRIVE | ☐ COA |
| | | ☐ IMPROVED    ☐ AMBULATORY    ☐ EXPIRED | ☐ OTHER |

IS CONDITION RELATED TO WORK ☐ YES ☐ NO

IF YES - ☐ forms completed   Recheck Scheduled _____
                                                    DATE

ATTENDING
PHYSICIAN'S
SIGNATURE _____ M.D.

PATIENT IDENTIFICATION

**SHARP.** Coronado Hospital

## OUTPATIENT AND/OR EMERGENCY REPORT

PHYSICIAN'S REPORT

ER106 (9/03)

70065821  09/07/2005
                    SC0
CARDOSO,LAURA      08/15/84
06-17-46-33 OPE AGE  21   F
TROSEN,MARK J      100-343-39S

SCO  YONE PER PT

SHARP CORONADO HOSPITAL
RADIOLOGY DEPARTMENT
250 PROSPECT, SAN DIEGO, CA  92118
(619) 522-3721        FAX: (619) 522-3780


NAME: CARDOSO, LAURA              COMPLETED: 09-07-2005  1906       ER
  MRN: 000174633  DOB: 08-15-1984   PRINTED: 09-08-2005  1216
VISIT #: 70065821                  ADM MD: MARK J TAMSEN
  ACC #: 400193310 SITE: CO        ORD MD: MARK J TAMSEN
  EXAM: CHEST 2 VIEW          71020 /STAT

  ICD-9 CODE(S): 786.05

--------------------------------------------------------------------------

CHEST, TWO-VIEW:

Frontal and lateral chest radiographs show a normal appearance of
the heart and pulmonary vasculature.  There are no pleural
effusions or pulmonary infiltrates.


IMPRESSION:

Normal chest.


         Dictated by: Robert C Yacullo
                      SAN DIEGO DIAGNOSTIC RADIOLOGY MEDICAL GROUP, INC.
    Transcribed on: 09-08-2005  1127   by Amy Berona
      Finalized on: 09-08-2005  1216   by Robert C Yacullo
 Authenticated on: 09-08-2005  1216   by Robert C Yacullo
      Technologist: JESSUP, BILL

TO: Mark J Tamsen
    250 PROSPECT PLACE
    EMERGENCY DEPARTMENT
    CORONADO            CA 92118

SHARP CORONADO HOSPITAL
RADIOLOGY DEPARTMENT
250 PROSPECT, SAN DIEGO, CA  92118
(619) 522-3721        FAX: (619) 522-3780


NAME: CARDOSO, LAURA              COMPLETED: 09-07-2005  1905       ER
  MRN: 000174633  DOB: 08-15-1984   PRINTED: 09-08-2005  1216
VISIT #: 70065821                  ADM MD: MARK J TAMSEN
  ACC #: 400193309 SITE: CO        ORD MD: MARK J TAMSEN
  EXAM: CERVICAL SPINE LIMITED    72040 /STAT

ICD-9 CODE(S): 723.1

------------------------------------------------------------------------

CERVICAL SPINE LIMITED:

All seven cervical vertebral levels are well shown in the lateral
projection.  Loss of cervical lordosis may be due to muscle spasm
or ligamentous injury.  There is no evidence of fracture or
spondylolisthesis.  The prevertebral soft tissues appear normal.
The odontoid is intact.


IMPRESSION:

Loss of cervical lordosis may be due to muscle spasm or ligamentous
injury.


        Dictated by: Robert C Yacullo
                     SAN DIEGO DIAGNOSTIC RADIOLOGY MEDICAL GROUP, INC.
    Transcribed on: 09-08-2005  1133    by Amy Berona
       Finalized on: 09-08-2005  1216    by Robert C Yacullo
 Authenticated on: 09-08-2005  1216    by Robert C Yacullo
        Technologist: JESSUP, BILL

TO: Mark J Tamsen
    250 PROSPECT PLACE
    EMERGENCY DEPARTMENT
    CORONADO            CA 92118

**Sharp Coronado Hospital**
Emergency Department
250 Prospect Place  Coronado, CA 92118
Phone (619) 522-3722  Fax (619) 522-3790

031

- ☐ George R. Baehr, M.D. CA Lic. G58677 DEA BB0755857
- ☐ John A. Bodnar, M.D. CA Lic. A52145 DEA BB3379848
- ☐ Mark Edwards, M.D. CA Lic. G61531 DEA BE6509220
- ☐ Khan Ha, M.D. CA Lic. C50338 DEA BH5562095
- ☐ Emi Latham, M.D. CA Lic. A81406 DEA BL7665601
- ☐ Julian Lis, M.D. CA Lic. G077160 DEA BL3698668
- ☐ Janet Meyer, M.D. CA Lic. G43257 DEA AM9548023
- ☐ Jack J. Springer, M.D. CA Lic. G70780 DEA BS3550197
- ☒ Mark J. Tamsen, M.D. CA Lic. G64400 DEA BT3224259
- ☐ Charles Whitney, M.D. CA Lic. A33880 DEA AW8788246

Patient Name: CARDOSO LAURA
Serial #: A16695

Address:

DOB: 8/8/84

American Security Rx  www.americansecurityrx.com

℞  Vicodin #20
(tart)
S) 1/2 - 2 po q 4 Hrs
prn pain

QUANTITY:
- ☒ 1-24
- ☐ 25-49
- ☐ 50-74
- ☐ 75-100
- ☐ 101-150
- ☐ 151&OVER
- ☐ _____ Units
- ☐ Do not substitute

Refill 0 1 2 3 4 PRN

No Refills alowed for Schedule II

9/7/05

Security features are listed on back   Valid Rx has blue-gray background on white paper
Prescription is void if more than one controlled substance prescription is written per blank

---

**SHARP CORONADO HOSPITAL**
250 PROSPECT PLACE - CORONADO, CALIFORNIA 92118
(619) 522-3000
EMERGENCY ROOM: (619) 522-3722          OUTPATIENT PHARMACY: (619) 437-4441

Date: 9/7/05

Patient's Name: LAURA CARDOSO

Address:

℞  MS CARDOSO was injured
in a motion vehicle accident
& may need several days off
work          Tamsen  M.D.

ADDRESS                                    CITY

TELEPHONE No.                    DEA LIC No.

SHC-PP-1402-NS (10/99)

# SHARP CORONADO HOSPITAL

250 PROSPECT PLACE - CORONADO, CALIFORNIA 92118

(619) 522-3600

EMERGENCY ROOM: (619) 522-3722          OUTPATIENT PHARMACY: (619) 437-4441

Date: 9/7/05

Patient's Name: Cardoso, Laura

Address _____

R℞

Flexeril 10 mg #15 fifteen

1 po tid for muscle

spasm

_____ _____ M.D.

ADDRESS_____ CITY_____

TELEPHONE No._____ DEA LIC No._____

SHC-PP-1402-NS (10/99)

---

# SHARP CORONADO HOSPITAL

250 PROSPECT PLACE - CORONADO, CALIFORNIA 92118

(619) 522-3600

EMERGENCY ROOM: (619) 522-3722          OUTPATIENT PHARMACY: (619) 437-4441

Date: 9/7/05

Patient's Name: Cardoso, Laura

Address _____

R℞

Motrin 800 #15

1 po tid

_____ _____ M.D.

ADDRESS_____ CITY_____

TELEPHONE No._____ DEA LIC No._____

SHC-PP-1402-NS (10/99)

# EXHIBIT "5"

**Bradford H. Stiles, MD**
**California Sports & Industrial Medical Center**
8008 Frost Street, Suite 405
San Diego, CA 92123
Phone: (858) 614-0145  Fax: (858) 614-0148

October 10, 2005

PATIENT:    CARDOSO, LAURA
DOB:        08/15/1984
DOI:        10/10/2005

## MEDICAL CONSULTATION REPORT

**SUBJECTIVE HISTORY:** Ms. Laura Cardoso is a 21-year-old female who was involved in a motor vehicle accident on 9-7-2005. On that day, she was a restrained driver and had come to a complete stop. She was then rear-ended by another vehicle that was traveling in the range of 30 to 40 miles per hour. The patient recalls hitting her face against the steering wheel and she did have some bleeding from both the mouth and the nose that she recalls.

The patient went on her own accord that evening to the Emergency Room at Sharp Coronado Hospital. She states that x-rays were taken of the neck, the nose and the lower back and that they were normal. She was told that "everything was okay".

Since the accident, the patient has had difficulty breathing through the right side of her nose. She feels a "bump" again on the right side of her nose and it feels like "something is moving in there". She has also had persistent neck and lower back pain ever since the accident. The back pain goes across the beltline but not down the legs. She states that when her neck pain does get worse she gets migraine headaches as well. The patient has a history of migraine headaches but states that since the accident she has been getting them much more frequently.

**PAST MEDICAL HISTORY:** Is remarkable only for migraine headaches.

**CURRENT MEDICATIONS:** Ibuprofen and Tylenol on an as needed basis.

**ALLERGIES:** No known drug allergies.

**PHYSICAL EXAMINATION:**
General appearance – The patient appears to be in no acute distress. She is very pleasant and cooperative.

HEENT – Pupils are equal, round and reactive to light, extraocular motions are intact. There is a slight palpable bump on the right mid-nose, just below the vomer. It is slightly tender to palpation. Inspection of the nasal passages reveals no obvious septal deviation and no septal hematoma. The right nasal

Cardoso, Laura
October 10, 2005
Page 2 of 3

passage is opened, although somewhat narrowed compared to the left. There is no maxillary tenderness. Oropharynx is clear.

Cervical spine – Reveals full range of motion. The patient has some discomfort in all directions with this. She has tenderness in the posterior strap muscles. There is no consistent midline bony tenderness, however.

Bilateral shoulders – Demonstrate full range of motion and 5/5 motor strength of the rotator cuff without any symptoms.

Thoracic spine – Demonstrates some diffuse tenderness but no spasm.

Lumbar spine – Again, demonstrates diffuse tenderness, but more so on the left side. She has left SI joint tenderness. Range of motion of the lumbar spine is full. Straight leg raise is negative on the right. Straight leg raise on the left is positive at about 50 degrees for some increased back pain, but no sciatic-like symptoms. FABER is negative bilaterally.

Upper and lower extremities are completely neurovascularly intact distally with 5/5 motor strength throughout; normal reflexes and normal sensation to light touch.

ASSESSMENT:
1. Cervical and lumbar strains status post motor vehicle accident 9-7-2005.
2. Facial contusions with resultant nasal deformity from direct trauma following motor vehicle accident 9-7-2005.

DISCUSSION/PLAN: Ms. Laura Cardoso was involved in a motor vehicle accident on 9-7-2005. She did sustain trauma to her face, more specifically the nose area, her cervical spine and lumbar spine. Her exam of the spine is more consistent with chronic musculoligamentous injuries. It does not appear to be discogenic in nature although it is still possible. However, she has not received any significant treatment for this to date.

With regards to her nasal symptoms, she does have a slight bump in the right nose area. However, I told her that I would wait considerable time before considering any definitive treatment which would be surgical in nature. It is quite possible that over the next two to three months her symptoms will improve and her cosmetic outlook will also improve.

The patient will be referred to physical therapy to focus mainly on the cervical and lumbar musculoligamentous injuries. She will return to clinic in three weeks. In the meantime, she can take Tylenol and/or ibuprofen for pain control.


Bradford H. Stiles, MD
BHS/llr

## PROGRESS NOTES

**PATIENT NAME:** CARDOZO, LAURA

| Date | | | |
|---|---|---|---|
| 10/10/2005 | DOI - 9/7/05 | | |

**S:** CC - 21 yo. @ADL involved in    **Vitals -**   **BP**
MVA; belted driver @ stop rear-ended    **P**
by another vehicle (30-40 mph)    **T**     °F
Pt. face hit steering wheel (bleeding).    **R**

PMH    Went to slump coronado same day - x-rays → told

Wd migraines   "everything is fine."
     Since accident - difficulty breathing through nose
     feels "bump" Also getting neck/lower back pain since

meds      the accident. W/ pm with pain gets "migraines"
Ibuprofen pr   @lower back pain - across belt line.
Tylenol pm

**O:**

ROI      Note ①
NKDA

TO ℞
Of

**A/P:**

| REPORT IN CHART: |
|---|
| Radiology Report _____ |
| Lab Report _____ |
| Physical Therapy _____ |
| Consultation Report _____ |

California Sports & Industrial Medical Center     Phone: 858-614-0145 Fax: 858-614-0148



**California Sports & Industrial Medical Center**

8008 Frost Street, Suite 405  San Diego, CA  92123

Phone: 858/614-0145 · **Fax: 858/614-0148**

Medical office of

**BRADFORD H. STILES, M.D.**



KM   Spn. ₃ Sprt.

DATE: _____ 10 - 10 - 05 _____

Patient: _____ Laura Cardozo _____

... is being referred for physical therapy as indicated.

_____ Physical Therapy _____

_____ 2~3 _____ times per week for _____ 2~3 _____ weeks

Dx: ① Cervical strain s/p mva 9/7/05
    ② Lumbar strain s/p mva 9/7/05

Additional Comments:

_____        10/10/05
Physician's Signature                    Date

Authorization Status:

**PLEASE CONTACT PATIENT AND SCHEDULE!  Thank you for your assistance!!**

# EXHIBIT "6"



# SOUTH BAY SPINE & SPORT

450 Fourth Avenue
Suite 215
Chula Vista, CA 91910
Phone Number: (619) 585-3745
Fax number:    (619) 585-3746
www. spineandsport.com

## FAX TRANSMITTAL SHEET

| Send to: *Raymond Pacello* | From: *enedina* |
|---|---|
| Company: | Date: *12/13* |
| Fax Number: | Total pages: *8* |
| Regarding: *Leura Cardoso* | Reference #: |

- ☐ **Urgent!!**
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please review
- ☐ For your information

The PHI (Patient Health Information) contained in this fax is highly confidential. It is intended for the exclusive use of the addressee. It is to be used only to aide in providing specific healthcare services to this patient and other use is in violation of federal law (HIPAA) and will be reported as such. If you have received this transmittal in error please contact our office at 619-585-3745. Thank You

Phone: 619-585-3745  Fax: 619-585-___6
Rehab report  please call if you need any further information

FAXED

| | |
|---|---|
| Physician: Stiles, Bradford H., M.D. | Initial Eval: ~~10/20/2005~~ |
| RE: Cardozo, Laura | Unit: South Bay |
| DX: L/S, C/S strain | DOS / DOI:   DOI: 9/7/05 |

Admission date: 10/20/2005

Total Visits: 1

## Treatment:
C/S and L/S evaluation
- ☐ Isolated Strengthening
- ☐ General Conditioning
- ☐ Work Conditioning
- ☒ Cryotherapy
- ☒ Jt. Mob
- ☐ Aerobic Training
- ☒ ROM
- ☒ Modalities
- ☐ Heat
- ☐ Home Program

## Subjective: Initial Evaluation
Pt reports MVA on 9/7/05. Pt reports central inter numbness at C3-C5, constant central achy pain, stiffness and intermit sharp pain and L/S central shooting pain into B LE to knee. Central L/S constant deep achy pain. Pt reports she is pregnant now but will be terminating it.

**Pain Rating:**  0= No pain  10= Max Pain  **Lumbar & Cervical**  **Initial:** 6-8  **Current:**

**Reported Function:** Difficulty with lifting/bending. Pain sit to 10', walk to 15-20', diff lying down, doing laundry and picking up around the house. Sleep disturbed, wakes intermittently. Pt is still working as a bank teller.

**Subj. Function**

> MTAP information is based on the patient's perception of abilities to perform common daily activities.

**MTAP Score:**  **Initial:**  **Current:**

Will test next visit

## Objective:
Inspection: pt has poor sitting posture.

| | |
|---|---|
| **ROM:** | C/S AROM  Flex 45°, Ext 56°pn, R SB 48°, L SB 47°, B ROT 70° |
| | L/S AROM flex 69°, ext 27°, RSB 30°, L SB 27°, B rot 30° |
| **Strength:** | B UE grossly 3+/5 painful, B LE 4/5 |
| **Palpation:** | TTP occiput, C/S paraspinals, B UT, L/S paraspinals, B PSIS and B buttocks |
| **Sensation:** | Normal to LT B UE and LE |
| **Special Tests:** | Non-organic signs 1/5, B UE and LE reflexes normal. |

## Assessment:  Initial Evaluation
Pt is a 21 yo woman after MVA on 9/7/05 with C/S -L/S pain. Pt presents with decrease in ROM, decreased strength, increased pain, decrease in ADL's and functional tolerance. Pt would benefit from therapy for the above mentioned deficits. POC discussed and agreed to. Prognosis is good for this patient. MDRS phase is 2-3. Objective measures will be used to chart progress.

**Goals**
STG. 2-4 wks. 1. Initiate HEP 2. Pain 2-4/10  3. Sit>45 min.  4. ROM WNL
LTG 4-8 wks 1. Ind HEP 2. strength B UE 4/5 3. able to perform ADL's with min diff. 4. able to sleep w/o wakes

## Plan: Continue for 3 X 3 weeks
STM, Jt MOB, PAE's, PRE's, Posture educ, ther ex , modalities as needed, and HEP to cope with return to ADL and activity status. The treatment plan is in compliance with ACOEM chapter 8 and 12. Thank you for this referral.

Provider:  _____

Dawne Saunders, MPT

## South Bay Spine & Sport

Date: 11/18/05    Name: Cardoso, Laura    Primary treating Physician: Stiles

Insurance type:    W/C    (Private)    Medicare    Dept of Labor    Cash    Lien    Visit # 279

SUBJECTIVE: Stiffness firm neck & L/s. Moving better. Diff sleep.

1st CC:    L/S C/S T/S    Knee Hip Ankle    Shoulder Elbow Wrist/Hand    R    L    Pain: 7 /10    ☐ Better ☐ Same ☐ Worse
2nd CC:    L/S C/S T/S    Knee Hip Ankle    Shoulder Elbow Wrist/Hand    R    L    Pain: 7 /10    ☐ Better ☐ Same ☐ Worse

Medical Necessity: ↓d ROM, strength, ↑d pain

Function: ↑d ADL & function tol

OBJECTIVE:
Observation: M/W                  Palpation:
Strength:                          ROM:

TREATMENT:    see below
*                                  *
*                                  *

Start time: 10:30

| Procedure | Location / type | 1 on 1 | Time | GOALS ASSESSMENT | Met | Progressed |
|---|---|---|---|---|---|---|
| Myofascial/Soft tissue* | | | | Goal 1 | | |
| PAE's (aerobic training)* | HM 1.7-2.3 | 8 | 8 | Goal 2 | | |
| PRE (exer card)* | | | | Goal 3 | | |
| Flexibility/ROM* | STM/DOM/PA | 10 | 10 | Goal 4 | | |
| Thera Ex* | see card | 20 | 20 | Goal 5 | | |
| MedX L/S - C/S* | | | | Goal 6 | | |
| Neuro Re-educ / Stab* | | | | Goal 7 | | |
| Lift Task* | | | | | | |
| US/Phono* | | | | Dispensed Supplies | | |
| Home exercise* | | | | Thera-band (99070/A4460) | | |
| MedX Test /PCE * | | | | Ionto Pads  (99070) | | |
| PNF/Manual exercise* | | | | E-stim pads (99070) | | |
| Ionto (check pads)* | | | | | | |
| Aquatic therapy* | | | | CPT's | | |
| Group Exercise | | | | 97001    98773    98777    97690 | | |
| Eval/Re-eval | | | | 97002    98774    98778    97752 | | |
| Other | | | | | | |
| | | | | 97250    97240 | | |
| Modalities | | | | 97110 X3    97241 | | |
| Traction /backstrong* | | | | 97112    97150 | | |
| Paraffin | | | | 97018 | | |
| Whirlpool | | | | 97016 | | |
| Estim | TQL5 EC/5 CHP | ✓ | 10 | 97014/G0283    DOI: | | |
| Vasopneumatic | | | | 97012    ICD-9: | | |

* one to one supervision                                    End time:

ASSESSMENT: ☑ Pt progressing as expected,  ☐ Pt not progressing.  ☐ Subjective reports were better/same/worse after therapy.
Pt ex/well felt better p̄ ex. Pt appears to be able
to move better, now since it.

PLAN: ☑ Continue with current treatment plan.    ☐ MDRS Phase I/II/III/IV.    ☐ Return to Physician for evaluation.
Cont as 3-4   Re-eval progress PRE

Treating Clinician: _____  #    Supervising Clinician: _____

REV 0605

South Bay Spine & Sport

**Date:** 10/20/05  **Name:** Cardoso, Laura.    **Primary treating Physician:** Stiles

**Insurance type:** W/C  (Private)  Medicare  Dept of Labor  Cash  Lien  **Visit #** 1 / 9

**SUBJECTIVE:** MVA m 9/7/05

1st CC:  L/S  C/S  T/S  Knee  Hip  Ankle  Shoulder  Elbow  Wrist/Hand  R  L  Pain: ___/10  ☐ Better  ☐ Same  ☐ Worse
2nd CC:  L/S  C/S  T/S  Knee  Hip  Ankle  Shoulder  Elbow  Wrist/Hand  R  L  Pain: ___/10  ☐ Better  ☐ Same  ☐ Worse

**Medical Necessity:** See initial eval
**Function:** 

**OBJECTIVE:**
**Observation:** ___  **Palpation:** ___
**Strength:** ___  **ROM:** ___

**TREATMENT:** See below
* ___
* ___

**Start time:** 9:30

| Procedure | Location / type | 1 on 1 | Time | GOALS ASSESMENT | | |
|---|---|---|---|---|---|---|
| Myofascial/Soft tissue* | | | | Goal 1 | New | |
| PAE's (aerobic training)* | | | | Goal 2 | | |
| PRE (exer card)* | | | | Goal 3 | | |
| Flexibility/ROM* | STM / ROM C/S+L/S | 25 | 25 | Goal 4 | | |
| Thera Ex* | see | | | Goal 5 | | |
| MedX L/S - C/S* | | | | Goal 6 | | |
| Neuro Re-educ / Stab* | | | | Goal 7 | | |
| Lift Task * | | | | | | |
| US/Phono* | | | | Dispensed Supplies | | |
| Home exercise* | | | | Thera-band (99070/A4460) | | |
| MedX Test /PCE * | | | | Ionto Pads (99070) | | |
| PNF/Manual exercise* | | | | E-stim pads (99070) | | |
| Ionto (check pads)* | | | | | | |
| Aquatic therapy* | | | | CPTs | | |
| Group Exercise | | | | (97001) | 98773 | 98777 | 97690 |
| Eval/Re-eval | see C/S+L/S eval | 30 | 30 | 97002 | 98774 | 98778 | 97752 |
| Other | | | | | | |
| | | | | 97250 | | 97240 |
| Modalities | | | | (97110 X 2) | | 97241 |
| Traction /backstrong* | | | | 97112 | | 97150 |
| Paraffin | | | | 97018 | | |
| Whirlpool | | | | 97016 | | |
| Estim | to C/S-L/S CHP | 8 | 10 | 97014/G0283 | | DOI: 9/7/05 |
| Vasopneumatic | | | | 97012 | | ICD-9: 847. 84 . 2 |

* one to one supervision    **End time:** 10:35

COMPLETED

**ASSESSMENT:** ☑ Pt progressing as expected.  ☐ Pt not progressing.  ☐ Subjective reports were better/same/worse after therapy.
See report (typed)

**PLAN:** ☑ Continue with current treatment plan.  ☐ MDRS Phase I/II/III/IV.  ☐ Return to Physician for evaluation.
Con't us to Stb

**Treating Clinician:** ___  **#** ___  **Supervising Clinician:** ___
REV 0605

# Patient Medical History and Health Risk Profile

Patient Name: Laura Cerclord

Age: 21  Height: 5'0  Weight: 145  Date: 10·20·05  Gender: ( ) Male (X) Female

Emergency contact:
Name: Louis Sergio Crann
Relationship: Husband  Phone: (619) 575 8158

1) Problems to be treated today: Back and neck pain
   Have you had treatment for this problem before? ( ) Yes (X) No  When: _____
   Please describe the type of treatment: _____
   Have you had surgery associated with this problem? ( ) Yes (X) No
   If so, please list date and type: _____
2) Do you have any other condition that is aggravated by exercise? _____
3) Please list the names of any primary care physician / internist / cardiologist that you are seeing, or have seen in the past:
   Name: Dr. Stiles  Name: _____
   Phone: _____  Phone: _____
4) Are you currently pregnant? ( ) Yes (X) No
5) Do you need assistance with any of the following:

| | | | | | |
|---|---|---|---|---|---|
| Transportation | (Yes) | (No) | Meals | Yes | (No) |
| Shopping/Errands | Yes | (No) | Personal Care | Yes | (No) |
| Domestic chores | Yes | (No) | Other_____ | Yes | (No) |

6) Has your illness / disability caused any of the following:

| | | | | | |
|---|---|---|---|---|---|
| Financial Problems | Yes | (No) | Family Problems | Yes | (No) |
| Emotional Problems | (Yes) | No | Other_____ | Yes | No |

7) Do you have or have you had any of the following:

| | | | | | |
|---|---|---|---|---|---|
| Feel faint or dizzy | (Yes) | No | Osteoporosis | Yes | (No) |
| Frequent pain in heart or chest | (Yes) | No | Known heart disease | Yes | (No) |
| Pacemaker | Yes | (No) | Diabetes | Yes | (No) |
| Headaches | (Yes) | No | Swollen ankles | Yes | (No) |
| Nervous disorders | Yes | (No) | Kidney problems | Yes | (No) |
| Allergies | Yes | (No) | Heat sensitivity | Yes | (No) |
| Seizures | Yes | (No) | Hernia | Yes | (No) |
| Balance problems | Yes | (No) | Metal implants | Yes | No |
| Hearing Problems | Yes | (No) | Vision problems | Yes | (No) |
| High cholesterol | Yes | (No) | High blood pressure | Yes | No |
| Cancer | Yes | (No) | Low blood pressure | Yes | (No) |
| | | | Tuberculosis | Yes | (No) |
| | | | Hepatitis | Yes | (No) |

8) Please circle the closest answer or leave item blank if you do not know:

| | | | | | |
|---|---|---|---|---|---|
| Cigarettes (per day) | (Never) | 1-5 | 10-20 | 30-40 | >50 |
| Alcoholic drinks (per week) | (Never) | 1-5 | 10-20 | >20 | |
| Cardiovascular Fitness (per week) | (None) | (Occasional/ Recreational) | | 3+ days/week for at least 15 minutes | |

9) Respiratory Status:   Normal   Moderate   Severe (shortness of breath with mild exertion)

REV 0605

# WHERE IS YOUR PAIN NOW?

## Mark the areas on your body where you feel these sensations:

| KEY | |
|---|---|
| ACHE | AAA |
| NUMBNESS | OOO |
| PINS & NEEDLES | – – – |
| BURNING | XXX |
| STABBING | / / / |



Right        Left        Right        Left

## PLEASE MARK WITH AN "X" ON THE LINE BELOW THE DEGREE OF PAIN NOW:

NO PAIN

WORST PAIN

SINCE YOUR SURGERY/PROCEDURE, ARE YOU NOW: ☐Better    ☐Worse    ☐Same

PATIENT NAME: _Laura Cardoso_        DATE: _____

11/18/2005  14:27   6195   46   S B SPINE AND SF   PAGE 01

Dr. _Shin_

Fax Number: _____

Date Faxed: _____

Please review this request for treatment/supplies, and if in agreement, sign and fax back to our office at (619) 585-3746
Thank you and have a Great day!

South Bay Spine & Sport

# Spine&Sport
An entire approach to spinal and extremity injuries.



□ **U.S. Spine & Sport**
3444 Kearny Villa Road
Suite 205
San Diego, CA 92123
(858) 573-4968
Fax (858) 874-0082

□ **La Jolla Spine & Sport**
4130 La Jolla Village Drive
Suite 308
La Jolla, CA 92037
(858) 459-7118
Fax (858) 450-7189

□ **South Bay**
Spine & Sport
450 Fourth Avenue
Suite 215
Chula Vista, CA 91910
(619) 585-3745
Fax (619) 585-3746

Patient Name: __Concepcion Lara__

Date of Injury: _____

Date of Surgery: _____

Diagnosis (ICD9 code): __C/s & L/s strain__

Work Conditioning: _____

**Rx:**
□ Evaluate and Treat
□ Upper Extremity Conditioning Program
□ Lower Extremity Conditioning Program
☒ Spine Conditioning Program
   __Lumbar   __Thoracic   _X_ Cervical

□ Post-Surgical Spine
□ Post-Surgical Extremity
□ Preclusion Only
☒ Work Conditioning

□ Aquatic Therapy
□ FCE
□ Fibro Recycle Program
□ Gym Maintenance Prog. (C.U.R.H)
□ Hand Therapy

Special Instructions / Precautions _____

Dr. _____

Frequency: □ 2x   □ 3x   □ 4x

Duration: 4 weeks   or _____

Date: __11/18/05__

Visits _____

PDMS

# EXHIBIT "7"

# *David M. Kupfer, M.D., F.A.C.S.*

Main Office: 3434 Midway Drive, Suite 2004 • San Diego, California 92110
Del Mar • El Centro • Escondido • San Diego • San Marcos • Temecula
(619) 223-2271 • (619) 221-4456 fax

January 5, 2006

Miranda Liversedge, Esq.
2329 India Street
San Diego, California 92101
(San Diego Co.)

NAME:      CARDOSO, Laura
DOI:        September 7, 2005
DATE:      January 5, 2006

# INITIAL CONSULTATION REPORT

Dear Ms. Liversedge:

The following is the requested initial consultation of Laura Cardoso on January 5, 2006. This patient is seen back in my office for re-evaluation of the injury sustained on September 7, 2005.

HISTORY:

Ms. Cardoso is a 21-year-old right-hand-dominant female who sustained an injury as the result of an automobile accident. On September 7, 2005, the patient was the restrained driver of a Ford Expedition stopped in freeway traffic when she was rear-ended by a Jeep Cherokee. The patient struck her face and head on the steering wheel at impact. She notes that she was immediately dizzy and had bleeding from the area of the nose. Police were summoned to the scene and a report was taken. The patient presented to Scripps Coronado emergency department where x-rays were obtained. She was given a back brace and informed that her nose swelling should resolve without complication. Ms. Cardoso notes that she presented to Dr. Stiles for evaluation and treatment. She was sent for chiropractic treatment of her back. She indicates that she has received no other treatment in regards to the injury of her nose.

CURRENT COMPLAINTS:

The patient notes difficulty breathing on the right side of her nose. She rates her occasional nose pain at a level 3 when she accidentally bumps it or tries to wear glasses.

CARDOSO, LAURA
Page 2 of 3 – January 5, 2006
Initial Consultation Report

## EMPLOYMENT HISTORY:

The patient is employed as a bank teller and has missed approximately two weeks secondary to this injury.

## PAST MEDICAL HISTORY:

| | |
|---|---|
| Illnesses: | None. |
| Allergies: | None. |
| Medications: | None. |
| Surgeries: | None. |
| Family History: | Noncontributory. |
| Social History: | The patient is married and has two children. The patient does not smoke cigarettes or consume alcohol. |

## PHYSICAL EXAMINATION:

Deformity of the right side of the nasal pyramid is present with obvious deformation of the nasal bone on the right side. There is a normal posture of the left nasal bone. No gross distortion of the nasal tip is present. Intranasal exam demonstrates hypertrophy of the right inferior turbinate with an irregular deviation of the septum including the vomer. There is obstruction of the right nasal airway, which is incomplete in nature. The left nasal passage is patent.

## IMPRESSION:

1. **Facial trauma with nasal fracture.**

2. **Post-trauma nasal obstruction with nasal deformation.**

## PLAN:

Given the degree of obstruction of the right side of the nasal pyramid with deformation of the nasal posture, surgical correction with a septorhinoplasty is required.

The following is the estimation of the cost of this procedure:

| | |
|---|---|
| Surgeon's fees: | $5500 |
| Surgical center fee: | $5000 |
| Anesthesia: | $900 |
| Postoperative care and followup: | $1500 |

CARDOSO, LAURA
Page 3 of 3 – January 5, 2006
Initial Consultation Report

Signed this _____ day of _____, 2005, in San Diego County, California.

Sincerely,

David M. Kupfer, M.D., F.A.C.S.
Assistant Clinical Voluntary Professor of Surgery, U.C.S.D.
QME Plastic & Reconstructive Surgery/Hand Surgery
Added Certificate in Surgery of the Hand, No. 144

DMK/sdm
D:  01/05/06
T:  01/08/06

## PROGRESS RECORD/ORDERS

Patient's Name: _Cardoso, Laura_

Dictated ☐

10/22/04  (S)  Mrs. Cardoso Reports
(F) sided Nasal pain and
obstruction

(O) (t) ttp to Nasal Pyramid
Physician's Signature  (t) (R) sided Nasal Obstruction

A to + 3
Lymph - CTA ®
Heart - RRR

Dictated ☐

(A) (1) Post - Trauma Nasal Obstruction
with Nasal Deformation
(2) Facial Trauma with
Nasal Fracture

Physician's Signature
(P) (1) Pre - Op performed
(2) Dispense Roxicel, Keflex
(3) Septorhinoplasty
to be performed

Dictated ☐

Physician's Signature

# PROGRESS RECORD/ORDERS

Patient's Name: __Cardoso, Laura__

Dictated ☐

| 7/10/06 | Surgery |
| | (A) Nasal Obstruction with deformity, |
| | (P) ① Septorhinoplasty performed |

Physician's Signature

② Take meds as directed

③ Call MD c̄ Symptoms

Dictated ☐



Physician's Signature

Dictated ☐

| 7/13/06 | |
| 11A. | ? + c̄ complaints. |
| | splint well applied. |
| | minimal to swelling |
| | no ecchymosis. |
| | PLAN: 1) Nasal packing removed. |
| | 2) F/u Tues. |

Physician's Signature

# Nasal Pre-operative Assessment

**Patient Name:**

Cardosa, laura

**Pre-op Dates:**

_____

**Surgery Date:**

_____



**Anatomical Abnormalities:**

obstruction Rt nose.

deformation Rt nasal bone

deviation septum.

↑ Rt turbinate.

amorphous tip.

lack supratip break.



**Surgical Plan:**

open rhinoplasty.

septoplasty.

SMR Rt.

Rt spreader graft

Modification inf.

turbinates.



OUTPATIENT SURGERY OF POINT LOMA

OPERATIVE REPORT

NAME: CARDOSA, Laura

DATE: July 10, 2006

**PREOPERATIVE DIAGNOSIS:**
1. History of nasal blunt trauma with nasoseptal fractures.
2. Post injury nasal deformity.
3. Post injury right-sided nasal obstruction.

**POSTOPERATIVE DIAGNOSIS:**
1. History of nasal blunt trauma with nasoseptal fractures.
2. Post injury nasal deformity.
3. Post injury right-sided nasal obstruction.

**OPERATION:**
1. Septoplasty.
2. Right submucous resection of inferior turbinate.
3. Correction of post traumatic nasal deformity – rhinoplasty.
4. Right spreader graft.

**ANESTHESIA:** General.

**SURGEON:** David M. Kupfer, M.D.

**ASSISTANT:** Robert Zuniga, P.A.-C., O.R.T.

**ANESTHESIOLOGIST:** Brad Foltz, M.D.

**ESTIMATED BLOOD LOSS:** Minimal.

**PROCEDURE:** The patient was brought into the operating room. General anesthesia with endotracheal intubation was administered without difficulty. Preoperative markings were carefully made guided by preoperative photographs. Sterile prep and drape was applied in the usual fashion. A throat pack was then placed. A stab incision was made at the narrowest part of the columella. With gentle retraction, the superior flap was created elevating the skin off of the medial cruae. The skin was then carefully elevated off of the remainder of the lower lateral cartilages. The dorsum was then approached elevating the soft tissues off the nasal dorsum allowing excellent exposure of the entire nasal pyramid. The soft tissues were left attached to the lateral aspect of both nasal bones. Meticulous hemostasis was achieved with the bipolar using a Colorado tip.

CARDOSA, Laura
Page 2 of 2 – July 10, 2006
Operative Report


Detailed intranasal inspection demonstrated a deflection of the septum at the level of vomer into the right side of the nose. In addition, the dorsal portion of the septum was also substantially deflected into the right side of the nasal pyramid responsible for the narrowing of the internal nasal valve. Two separate incisions were made on the right side of the nasal septum. The first incision was made near the deformed portion of the vomer. A small portion of the cartilaginous septum was exposed and sharply excised. The mucosa on the left side of the nose was entirely preserved. The distortion of the more dorsal aspect of the septum near the internal nasal valve was also excised in a similar manner; however, a greater than 1cm L-shaped strut was maintained. A unilateral submucous resection of the right inferior turbinate was also performed using the standard technique. The mucosal incisions were closed with interrupted 4-0 plain gut suture. In addition, mattress sutures through both sides of the mucosa were also placed for approximation of the elevated right-sided mucosal flaps.

The nasal tip was then sculptured with modification of the lower lateral cartilages. A conservative approach to a cephalic trim of the lower lateral cartilages was performed preserving a 7mm margin of the lower lateral cartilages at the level of the intermediate cruae. The trim was even more conservative laterally. The resection of the lower lateral cartilages did not extend beyond the intermediate cruae. An alloplastic implant was then used to provide support for the collumella. A strut graft was placed from the footplate to the level of the intermediate cruae. The medial cruae was then narrowed with transcartilaginous sutures using 5-0 clear Nylon suture. Additional sutures using 5-0 Nylon were used to further sculpture the nasal tip as well as provide projection and rotation control.

A spreader graft was fashioned from the previously harvested septal cartilage. This was placed in a unilateral fashion on the right side to maintain and adequate internal nasal valve. The graft was secured with an interrupted 5-0 clear nylon sutures.

Additional hemostasis was achieved with the use of bipolar. The skin flap was then replaced and secured at the level of the stab incision with interrupted 6-0 Prolene sutures. A running 5-0 fast absorbing suture was used to approximate the tailored rim incisions. Steri-strips with a dermaplastic nasal splint was then applied. Packing was placed in the right side of the nose. No packing was used on the left side. The patient was extubated in the operating room and transferred to the recovery room in stable condition. There were no complications at the end of this procedure.

David M. Kupfer, M.D.

7/10/06
Date

DMK/mm     D: 7/10/06     T: 7/15/06

# David M. Kupfer, M.D., F.A.C.S.

Main Office: 3434 Midway Drive, Suite 2004 • San Diego, California 92110
Del Mar • El Centro • Escondido • San Diego • San Marcos • Temecula
(619) 223-2271 • (619) 221-4456 fax

## CLINIC REPORT

NAME: CARDOSA, Laura                          DATE: July 18, 2006

HISTORY:

Ms. Cardosa is seen for postop check. She is quite pleased with her results.

PHYSICAL EXAMINATION:

Both nares are patent. The nasal pyramid is symmetrical. The intranasal incisions have healed well.

IMPRESSION:

**Uneventful postoperative course.**

PLAN:

Nasal splint discarded. Steri-Strips replaced. Follow-up in three weeks.

David M. Kupfer, M.D., F.A.C.S.

DMK/sey
D: 07/24/06
T: 07/25/06

# EXHIBIT "8"

# Examination Form

CHART#: 

Name: Cardoso, Laura          Date: APR 2 4 2006

DOT: 9/7/05  Initial Exam: _____  Re-Exam: _____  Final Exam: _____

| | |
|---|---|
| M/F  F   HT ____ | |
| WT ____    BP ____ / ____ | |
| PLUSE ____ | |

**TEST / REFLEXES**
Q Absent   ++ Exaggerated Pain   - Negative +++ Extreme Pain + Positive -- Diminished

S = Spinal Tension          E = Edema          MT = Muscle Tension

KEY: C= Constant  F= Frequent  I= Intermittent  O= Occasional  1-4= Slight - Severe  BL= Bilateral  C/O+ Complains of  C/C= Chief
Complaint  S= Sharp  D= Dull  SH= Shooting  N= Numbness  T= Tingling  B= Burning  Th= Throbbing  A= Ache

**Due to:** Auto Accident

| | | | |
|---|---|---|---|
| ☑ Headache | ☐ Irritability | ☐ Numbness in Toes | ☐ Face Flushed | ☐ Feel Cold |
| ☑ Neck Pain | ☐ Chest Pain | ☐ Shortness of Breath | ☐ Buzzing in Ears | ☐ Hands Cold |
| ☑ Neck Still | ☐ Dizziness | ☑ Fatigue | ☐ Loss of Balance | ☑ Stomach Upset |
| ☑ Sleeping Problems | ☐ Head Seems Too Heavy | ☐ Depression | ☐ Fainting | ☐ Constipation |
| ☑ Back Pain | ☑ Pins & Needles in Arms | ☐ Lights Bother Eyes | ☐ Loss of Smell | ☐ Cold Sweats |
| ☑ Nervousness | ☑ Pins & Needles in Legs | ☐ Loss of Memory | ☐ Loss of Taste | ☐ Fever |
| ☑ Tension | ☐ Numbness in Fingers | ☑ Ears Ring | ☐ Diarrhea | |

**Accident:** Car Accident          **Family:**

**Surgery:** N/A          **Medication:** N/A

**NOTES:** Neck pain, shoulder pain, headaches, lower mild back pain since Accident. Pain 2x in wk @ tingling in hands & feet

**Seen DC before?** Yes   **How long ago?** 2 months   **Reason?** Auto Accident

**OBJECTIVE:**

| REFLEXES R/L | C/S ROM R/L exam/pain loc n | ORTHO TEST details | Ambulation |
|---|---|---|---|
| Bic ____ | Flex 80 °/s | Rhom ____ | Swelling |
| Tri ____ | Ext 30? 4/s | Kemp ____ | |
| Xdig ____ | L flex 70? °/s RT | Minors | Bruising |
| Pat ____ | R flex 60? °/s T/s L/s | Sh dep RT L/s | |
| Achi ____ | L rot 60? °/s T/s L/s | For comp ✓ L/s | |
| **DYNAMOMERTER** R/L  Dom. Hand | R rot 40? °/c T/s L/s | Soto-H ✓ | Weakness |
| 1st Try 18/17 | | SLR 40 R | |
| 2nd Try 9/8 | **L/S ROM** R/L exam/pain loc | Brag ____ | Sensory  Rt hand & foot ↓ in all |
| 3rd Try 7/9 | Flex 30? °/s backday | FABERE ____ | |
| | Ext 90 °/s | Ely ____ | |
| **GIRTH** R/L | L flex 100 | Gaenslens's ____ | Radicular |
| Bicep ____ | R flex 100 | Cough Test ____ | |
| F-arm ____ | L rot 100 °/s Been getting worse | Derefield Test ____ | EXTREMITIES |
| Thigh ____ | R rot 100 °/s 3x wk | | |
| Calf ____ | HA. Migraines | | |

Hospital Too /c Xrays
Needed vision driving
hand to drive

OL → coll

% occasional
% Intermittent     1-4 slight
% frequent          5-8 moderate
0% constant          9-10 severe

| | Last Name | | | | |
|---|---|---|---|---|---|

Last Name: Cardoso, Laura
Phone (home):
Cell No.: 575-8188
Dr.No.:
Birthdate: 8/15/1984
referred by: Walter Lay

Atty:
Robert
Bruce
(619)
233-1096
Ray

| THERAPY | Headaches | Mid/Back | Shoulders | Neck/Pain | PATIENTS EVAL. |
|---|---|---|---|---|---|
| scan) | 10 | 10 | 10 | 10 | APR 24 2006 |
| | 10 | 10 | 10 | 10 | MAY 08 2006 |
| | 10 | 10 | 10 | 10 | MAY 09 2006 |
| | 10 | 10 | 10 | 10 | MAY 16 2006 |
| | 9 | 10 | 10 | 10 | MAY 17 2006 |
| | 9 | 10 | 9 | 10 | MAY 22 2006 |
| | 9 | 10 | 10 | 10 | MAY 23 2006 |
| | 9 | 10 | 10 | 10 | MAY 24 2006 |
| | 9 | 9 | 7 | 8 | MAY 30 2006 |
| | 9 | 9 | 9 | 7 | JUN 05 2006 |
| | 6 | 8 | 8 | 8 | JUN 07 2006 |
| | 6 | 8 | 8 | 8 | JUN 08 2006 |
| | 27 | 6 | 5 | 8 | JUN 12 2006 |
| | 4 | 7 | 8 | 9 | JUN 14 2006 |
| | 4 | 7 | 8 | 8 | JUN 19 2006 |
| | 8 | 7 | 8 | 9 | JUN 21 2006 |
| | 8 | 8 | 9 | 8 | JUN 26 2006 |
| | 8 | 8 | 7 | 9 | JUL 05 2006 |
| (Pt had nose surgery won't be in for a week) | 9 | 8 | 9 | 9 | JUL 06 2006 |
| | 9 | 8 | 7 | 9 | JUL 17 2006 |
| | 8 | 8 | 7 | 7 | JUL 24 2006 |
| | 10 | 7 | 10 | 10 | AUG 30 2006 |



# EXHIBIT "9"

SUMMARY OF
LAURA CARDOSO'S
MEDICAL BILLS

| PROVIDER | AMOUNT OF BILL |
|---|---:|
| Bradford Stiles, MD | 380.00 |
| San Diego Spine & Sport | 390.00 |
| David Kupfer, MD | 6,725.00 |
| Out Pateint Surgery of Point Loma | 15,213.00 |
| John Tolmosoff, DC | 2,675.00 |
| Total | 25,383.00 |

APPROVED OMB-0938-0008

ATTY RAY PACHE

2329 INDIA ST
SAN DIEGO CA 92101

# HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 562818508 | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
CARDOZO          LAURA

**3. PATIENT'S BIRTH DATE** MM DD YY
08 15 84   **SEX** M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
CARDOZO          LAURA

**5. PATIENT'S ADDRESS (No., Street)**
443 MORRISON ST

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS (No., Street)**
443 MORRISON ST

**CITY** SAN DIEGO   **STATE** CA
**8. PATIENT STATUS**
Single [ ] Married [ ] Other [ ]

**CITY** SAN DIEGO   **STATE** CA

**ZIP CODE** 92102   **TELEPHONE (Include Area Code)** (619) 847-8822
Employed [X] Full-Time Student [ ] Part-Time Student [ ]

**ZIP CODE** 92102   **TELEPHONE (INCLUDE AREA CODE)** (619) 847-8822

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
ATT: MIRANDA LIVERSEDGE, ESQ

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
YES [ ] NO [ ]

**a. INSURED'S DATE OF BIRTH** MM DD YY
05 05 84   **SEX** M [ ] F [X]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY   **SEX** M [ ] F [ ]

**b. AUTO ACCIDENT?**   **PLACE (State)**
YES [ ] NO [ ]

**b. EMPLOYER'S NAME OR SCHOOL NAME**
BANK OF AMERICA

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES [ ] NO [ ]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
ATTY RAY PACHELLO

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ] NO [ ] If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE  10/18/05

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES [ ] NO [ ]   **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 847.0
2. 
3. 847.2
4. 

**22. MEDICAID RESUBMISSION**   **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. | DATE(S) OF SERVICE | | | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From | | | To | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | MM DD YY | | MM DD YY | | | | | | | | | | | | | |
| 1 | 10 10 05 | | | | | 11 | 1 | 99205  OFFICE VISIT | | 1,3 | 280.00 | 1.0 | | | | G72269 |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER**  SSN [ ] EIN [X]
841656141

**26. PATIENT'S ACCOUNT NO.**
2235

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES [X] NO [ ]

**28. TOTAL CHARGE**  $ 280.00

**29. AMOUNT PAID**  $

**30. BALANCE DUE**  $ 280.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED  BRADFORD STILES MD   G72269   DATE  10/18/05

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
BRADFORD H. STILES, M.D.
8008 FROST ST #405
SAN DIEGO CA 92123
G72269
PIN# 127124300   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500CSN90

**PLEASE PRINT OR TYPE**

FORM CMS-1500  (12-90)
FORM OWCP-1500
FORM RRB-1500

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION



ATTY RAY FRAC
2329 INDIA ST
SAN DIEGO CA 92101

PLEASE DO NOT STAPLE IN THIS AREA

| | PICA | | **HEALTH INSURANCE CLAIM FORM** | PICA | |

**1. MEDICARE** (Medicare#) **MEDICAID** (Medicaid #) **CHAMPUS** (Sponsor's SSN) **CHAMPVA** (VA File #) **GROUP HEALTH PLAN** (SSN or ID) **FECA BLK LUNG** (SSN) **OTHER** X (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
562818508

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
CARDOZO    LAURA

**3. PATIENT'S BIRTH DATE** 08 15 84  **SEX** M  F X

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
CARDOZO    LAURA

**5. PATIENT'S ADDRESS** (No., Street)
443 MORRISON ST

**6. PATIENT RELATIONSHIP TO INSURED**
Self X  Spouse  Child  Other

**7. INSURED'S ADDRESS** (No., Street)
443 MORRISON ST

**CITY** SAN DIEGO  **STATE** CA

**8. PATIENT STATUS**
Single  Married  Other
Employed X  Full-Time Student  Part-Time Student

**CITY** SAN DIEGO  **STATE** CA

**ZIP CODE** 92102  **TELEPHONE** (Include Area Code) (619) 847-8822

**ZIP CODE** 92102  **TELEPHONE** (INCLUDE AREA CODE) (619) 847-8822

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
ATT: MIRANDA LIVERSEDGE, ESQ

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
YES  NO

**a. INSURED'S DATE OF BIRTH** 08 05 84  **SEX** M  F X

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M  F

**b. AUTO ACCIDENT?**  **PLACE** (State)
YES  NO

**b. EMPLOYER'S NAME OR SCHOOL NAME**
BANK OF AMERICA

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES  NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
ATT: MIRANDA LIVERSEDGE

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES  NO  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE 01/31/06

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM DD YY  **ILLNESS** (First symptom) OR **INJURY** (Accident) OR **PREGNANCY** (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES  NO  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 847.0
2.
3. 847.2
4.

**22. MEDICAID RESUBMISSION CODE**  **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. DATE(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 01 | 25 | 06 | | | | 11 | 1 | 99214 OFFICE VISIT | | 1,3 | 100.00 | 10 | | | | G72269 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER** 841656141  SSN  EIN X

**26. PATIENT'S ACCOUNT NO.** 2235

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES  NO

**28. TOTAL CHARGE** $ 100.00

**29. AMOUNT PAID** (877) 642-4914

**30. BALANCE DUE** $ 100.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
BRADFORD STILES MD
G72269    01/31/06

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (if other than home or office)

**33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
BRADFORD H. STILES, M.D.
8008 FROST ST #405
SAN DIEGO CA 92123
G72269    610337700
PIN#    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500CS-90 (4/05)

**PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12/90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMP

SAN DIEGO SPINE AND ⬤RT
3444 KEARNY VILLA RD 307
SAN DIEGO CA 92123

STATEMENT DATE: 05/02/06

MIRANDA LIVERSEDGE ATTY     PATIENT NAME:  LAURA CARDOSO
2329 INDIA STREET          ACCOUNT NUMBER: 101840
SAN DIEGO CA 92101         DATE OF INJURY: 09/07/05

*************************************************************************
| * DATE | * PROC CODE | * TRANSACTION DESCRIPTION | * CHARGE AMOUNT | * PAY/ADJ AMOUNT | * AMOUNT DUE * |
|--------|-------------|---------------------------|-----------------|------------------|----------------|
| 10/20/05 | 97001 | PT EVALUATION | 125.00 | .00 | 125.00 |
| 10/20/05 | 97110 | THERAPEUTIC EXCERCISE | 80.00 | .00 | 80.00 |
| 10/20/05 | 97014 | ELEC STIM UNATTENDED | 25.00 | .00 | 25.00 |
| 10/20/05 | ESTIM | ESTIM PADS/PATIENT SPECIF | 15.00 | .00 | 15.00 |
| 11/18/05 | 97110 | THERAPEUTIC EXCERCISE | 120.00 | .00 | 120.00 |
| 11/18/05 | 97014 | ELEC STIM UNATTENDED | 25.00 | .00 | 25.00 |

*************************************************************************

*** TOTAL BALANCE DUE  $  390.00
=======================================
=======================================

PLEASE CALL WITH STATUS OF YOUR CASE (800)478-2778

PLEASE
DO NOT
STAPLE
IN THIS
AREA

MIRANDA RODRIGUEZ ESQ.
2323 INDIA ST.
SAN DIEGO, CA 92101

P

| | PICA | | HEALTH INSURANCE CLAIM FORM | | PICA | |

# HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | 562818508 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| CARDOSA, LAURA | 08 15 84 | M [ ] F [X] | CARDOSA, LAURA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 443 MORRISON ST. | Self [X] Spouse [ ] Child [ ] Other [ ] | 443 MORRISON ST. |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| SAN DIEGO | CA | Single [ ] Married [ ] Other [ ] | SAN DIEGO | CA |

| ZIP CODE | TELEPHONE (Include Area Code) | Employed [ ] Full Time Student [ ] Part-Time Student [ ] | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 92102 | (619) 471 4973 | | 92102 | ( 619 ) 471 4973 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X] | a. INSURED'S DATE OF BIRTH 08 15 84 M [ ] SEX F [X] |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M [ ] F [ ] | b. AUTO ACCIDENT? YES [ ] NO [X] PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [ ] NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME MIRANDA RODRIGUEZ ESQ. |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X] If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED SIGNATURE ON FILE   DATE 01/30/06 | SIGNED SIGNATURE ON FILE |

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) 09 07 05 INJURY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES [ ] NO [X]   $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| 1. 709.2      3. | 23. PRIOR AUTHORIZATION NUMBER |
| 2.            4. | |

| 24. A. DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 05 06  01 05 06 | 11 | | 99245 | 1 | 310.00 | | | | | G57621 |
| 01 05 06  01 05 06 | 11 | | 99080  86  HD | 1 | 250.00 | 2 | | | | G57621 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER      SSN [ ] EIN [ ] | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [ ] NO [ ] | 28. TOTAL CHARGE $ | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 560.00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED SIGNATURE ON FILE 01/30/06 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) DAVID M KUPFER, MD 3434 MIDWAY DRIVE SAN DIEGO, CA 92110 | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # DAVID M. KUPFER, M.D. INC. DAVID M. KUPFER MD, FACS PO BOX 9330 RANCHO SANTA FEE   CA 92067 PIN# G57621 |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
APPROVED OMB-0938-0008

FORM #5118 U6 (REV. 05/93)

PLEASE PRINT OR TYPE

FORM CMS-1500  (12-90)
FORM OWCP-1500    FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

MIRANDA RODRIGUEZ ESQ.
23__ INDIA ST.
SAN DIEGO, CA 92101

P

| PICA | | | | | | | |

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 562818508 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| CARDOSA, LAURA | MM 08 DD 15 YY 84 | M  F X | CARDOSA, LAURA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 443 MORRISON ST. | Self X  Spouse  Child  Other | 443 MORRISON ST. |

| CITY | STATE | | CITY | STATE |
|---|---|---|---|---|
| SAN DIEGO | CA | 8. PATIENT STATUS | SAN DIEGO | CA |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 92102 | (619) 471 4973 | Single  Married  Other / Employed X  Full Time Student  Part-Time Student | 92102 | ( 61)9 471 4973 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES  X NO | a. INSURED'S DATE OF BIRTH 08 15 84  SEX M  F X |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH  SEX MM DD YY  M  F | b. AUTO ACCIDENT? YES  X NO  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES  X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME MIRANDA RODRIGUEZ ESQ. |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES  X NO  If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 07/03/06

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM 09 DD 07 YY 05  INJURY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY  TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY  TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES  X NO  $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 709.2
2. ____
3. ____
4. ____

| 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|
| 23. PRIOR AUTHORIZATION NUMBER |

| 24. | A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 1 | 06 22 06 | | | 06 22 06 | | | 11 | 1 | 99215 | 1 | 150.00 | 1 | | | | G57621 |
| 2 | 06 22 06 | | | 06 22 06 | | | 16 | 1 | 99070 CEPHLX  CEPHALEXIN 500 MG #20 NDC52959003120 | 1 | 100.00 | 20 | | | | G57621 |
| 3 | 06 22 06 | | | 06 22 06 | | | 11 | | 99070 ROXICE  ROXICET NDC N00548650024 # 25 5/235 MG | 1 | 25.00 | 25 | | | | G57621 |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES  NO | 28. TOTAL CHARGE $ 275.00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 275.00 |
|---|---|---|---|---|---|
| __-1227099 | | CARLAO 3252452 | | | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED SIGNATURE ON FILE  DATE 07/03 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) DAVID M KUPFER, MD 3434 MIDWAY DRIVE SAN DIEGO, CA 92110 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # DAVID M. KUPFER, M.D. INC. DAVID M. KUPFER MD, FACS PO BOX 9330 RANCHO SANTA FE, CA 92067 PIN#  GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
APPROVED OMB-0038-0008   **PLEASE PRINT OR TYPE**   G57621   FORM CMS-1500 (12-90) FORM OWCP-1500   FORM RRB-1500

MIRANDA RODRIGUEZ ESQ.
2325 INDIA ST.
SAN DIEGO, CA 92101

PLEASE DO NOT STAPLE IN THIS AREA

| PICA | | | |
|---|---|---|---|

# HEALTH INSURANCE CLAIM FORM

PICA | | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 562818508 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| CARDOSA, LAURA | MM 08 DD 15 YY 84 | M  F X | CARDOSA, LAURA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 443 MORRISON ST. | Self X  Spouse  Child  Other | 443 MORRISON ST. |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| SAN DIEGO | CA | Single  Married  Other | SAN DIEGO | CA |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 92102 | (619) 471 4973 | Employed  Full Time Student  Part-Time Student | 92102 | ( 619) 471 4973 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES  X NO | MM 08 DD 15 YY 84 | M  F X |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT?  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| MM  DD  YY | M  F | YES  X NO | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES  X NO | MIRANDA RODRIGUEZ ESQ. |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES  X NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  08/14/06

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM  DD  YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM 09 DD 07 YY 05  INJURY | | FROM MM  DD  YY  TO MM  DD  YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM MM  DD  YY  TO MM  DD  YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  $ CHARGES |
|---|---|
| | YES  X NO |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 709.2
2.
3.
4.

| 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|

| 23. PRIOR AUTHORIZATION NUMBER |
|---|

| 24. A. DATE(S) OF SERVICE | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | To MM DD YY | | | | | | | | | | | |
| 07 10 06 | | 07 10 06 | 24 | 1 | 30420 | | 1 | 3,100.00 | 1 | | | | G57621 |
| 07 10 06 | | 07 10 06 | 24 | | 35045 | 51 | 1 | 1,300.00 | 1 | | | | G57621 |
| 07 10 06 | | 07 10 06 | 24 | 1 | 30140 | 51 | 1 | 900.00 | 1 | | | | G57621 |
| | | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN  EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 48-1277099  X | CARLA0  32433 | X YES  NO | $ 5300.00 | $ | $ 5300.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNATURE ON FILE  SIGNED  08/14/06 | DAVID M KUPFER, MD 3434 MIDWAY DRIVE SAN DIEGO, CA 92110 | DAVID M. KUPFER, M.D. INC. DAVID M. KUPFER MD, FACS PO BOX 9330 PIN# RANCHO SANTA FE, CA 92067  GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
APPROVED OMB-0938-0008

PLEASE PRINT OR TYPE  G57621

FORM CMS-1500 (12-90)
FORM OWCP-1500  FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA
P

MI⬤DA RODRIGUEZ ESQ.
232⬤ INDIA ST.
SAN DIEGO, CA 92101

CARRIER

| | PICA | | | **HEALTH INSURANCE CLAIM FORM** | PICA | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 562818508 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| CARDOSA, LAURA | 08 15 84 | M☐ F X | CARDOSA, LAURA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 443 MORRISON ST. | Self X Spouse☐ Child☐ Other☐ | 443 MORRISON ST. |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| SAN DIEGO | CA | Single☐ Married☐ Other☐ | SAN DIEGO | CA |
| ZIP CODE | TELEPHONE (Include Area Code) | Employed☐ Full Time Student☐ Part-Time Student☐ | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
| 92102 | (619) 471 4973 | | 92102 | ( 619 471 4973 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES☐ NO X | a. INSURED'S DATE OF BIRTH 08 15 84 M☐ SEX F X |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M☐ F☐ | b. AUTO ACCIDENT? YES☐ NO X PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES☐ NO X | c. INSURANCE PLAN NAME OR PROGRAM NAME MIRANDA RODRIGUEZ ESQ. |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☐ If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim, I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED ___ DATE 08/14/06

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED ___

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) 09 07 05 INJURY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES☐ NO X $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE ___ ORIGINAL REF. NO. |
|---|---|
| 1. 709.2 ___ 3. ___ | 23. PRIOR AUTHORIZATION NUMBER |
| 2. ___ 4. ___ | |

| 24. A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. | J. | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 07 10 06 | 07 10 06 | 24 | 1 | 30420  81 | 1 | 310.00 | | | | | ROBERT ZUNIGA, OPA-C  G57621 |
| 07 10 06 | 07 10 06 | 24 | | 35045  81 | 1 | 130.00 | | | | | ROBERT ZUNIGA, OPA-C  G57621 |
| 07 10 06 | 07 10 06 | 24 | 1 | 30140  81 | 1 | 90.00 | | | | | ROBERT ZUNIGA, OPA-C  G57621 |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 48-1277099  X | CARLA00 32434 | YES X NO☐ | $ 530.00 | $ | $ 530.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) ROBERT ZUNIGA OPA-C HIC # 870 SIGNATURE ON FILE SIGNED 08/14/06 DATE | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) DAVID M KUPFER, MD 3434 MIDWAY DRIVE SAN DIEGO, CA 92110 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # DAVID M. KUPFER, M.D. INC. PO BOX 9330 RANCHO SANTA FE, CA 92067 PIN# G57621 GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE
APPROVED OMB-0938-0008

FORM CMS-1500  (12-90)
FORM OWCP-1500    FORM RRB-1500

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

MIRANDA RODRIGUEZ ESQ.
232 INDIA ST.
SAN DIEGO, CA 92101

PLEASE
DO NOT
STAPLE
IN THIS
AREA
P

□ PICA

# HEALTH INSURANCE CLAIM FORM

PICA □

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 562818508 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
CARDOSA, LAURA

3. PATIENT'S BIRTH DATE
08 15 84    SEX M □ F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
CARDOSA, LAURA

5. PATIENT'S ADDRESS (No., Street)
443 MORRISON ST.

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse □  Child □  Other □

7. INSURED'S ADDRESS (No., Street)
443 MORRISON ST.

CITY
SAN DIEGO    STATE CA

8. PATIENT STATUS
Single □  Married □  Other □
Employed □  Full Time Student □  Part-Time Student □

CITY
SAN DIEGO    STATE CA

ZIP CODE
92102    TELEPHONE (Include Area Code)
(619) 471 4973

ZIP CODE
92102    TELEPHONE (INCLUDE AREA CODE)
( 619 471 4973

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
□ YES  X NO

a. INSURED'S DATE OF BIRTH
08 15 84    SEX M □ F X

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY    SEX M □ F □

b. AUTO ACCIDENT?    PLACE (State)
□ YES  X NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
□ YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
MIRANDA RODRIGUEZ ESQ.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X
□ YES  □ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE

SIGNED _____ DATE 08/14/06

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:    ILLNESS (First symptom) OR
09 07 05    INJURY (Accident) OR    INJURY
PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
□ YES  X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 709.2
2.
3.
4.

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07 13 06 07 13 06 | 11 | | A4452 STERI STERI STRIPS | 1 | 10.00 | 1 | | | | G57621 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
40 1277099    X

26. PATIENT'S ACCOUNT NO.
CARDA0 32437

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
X YES  □ NO

28. TOTAL CHARGE
$ 10.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 10.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SIGNED _____ DATE 08/14/06

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
DAVID M KUPFER, MD
3434 MIDWAY DRIVE
SAN DIEGO, CA 92110

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
DAVID M. KUPFER, M.D. INC.
DAVID M. KUPFER MD, FACS
PO BOX 9330
PIN# RANCHO SANTA FE, CA 92067    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
APPROVED OMB-0938-0008

PLEASE PRINT OR TYPE

G57621    FORM CMS-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

CARRIER ---- PATIENT AND INSURED INFORMATION ---- PHYSICIAN OR SUPPLIER INFORMATION

PLEASE
DO NOT
STAPLE
IN THIS
AREA

P

DAVID M. KUPFER MD ESQ.
23▪▪ INDIA ST.
SAN DIEGO, CA 92101

| PICA | | |
|---|---|---|

### HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 562818508 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| CARDOSA, LAURA | 08 15 84 | M☐ F☒ | CARDOSA, LAURA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 443 MORRISON ST. | Self ☒ Spouse☐ Child☐ Other☐ | 443 MORRISON ST. |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| SAN DIEGO | CA | Single☐ Married☐ Other☐ | SAN DIEGO | CA |

| ZIP CODE | TELEPHONE (Include Area Code) | Employed☐ Full Time Student☐ Part-Time Student☐ | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 92102 | (619) 471 4973 | | 92102 | ( 619) 471 4973 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES☐ X NO | 08 15 84 | M☐ F☒ |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| MM DD YY | M☐ F☐ | YES☐ X NO | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES☐ X NO | MIRANDA RODRIGUEZ ESQ. |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES☐ X NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 08/14/06

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: MM DD YY ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 09 07 05 INJURY | | FROM MM DD YY TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM MM DD YY TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? $ CHARGES |
|---|---|
| | YES☐ X NO |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 709.2
2. ___
3. ___
4. ___

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|
| | |

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From To | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY MM DD YY | | | | | | | | | | | |
| 07 18 06 07 18 06 | 11 | | | 99080 ATTCHD | 1 | 40.00 | 1 | | | | G57621 |
| 07 18 06 07 18 06 | 11 | | | A4452 STERI | 1 | 10.00 | 1 | | | | G57621 |
| | | | | STERI STRIPS | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 48 1277092 | X | CARLA0 33130 | YES☒ NO☐ | $ 50.00 | $ | $ 50.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNATURE ON FILE | DAVID M KUPFER, MD 3434 MIDWAY DRIVE SAN DIEGO, CA 92110 | DAVID M. KUPFER, M.D. INC. DAVID M. KUPFER MD, FACS PO BOX 9330 RANCHO SANTA FE, CA 92067 |
| SIGNED DATE 08/14/06 | | PIN# G57621 GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
APPROVED OMB-0938-0008

PLEASE PRINT OR TYPE

G57621

FORM CMS-1500 (12-90)
FORM OWCP-1500     FORM RRB-1500

CARRIER · PATIENT AND INSURED INFORMATION · PHYSICIAN OR SUPPLIER INFORMATION

BILLING: PO Box 864, 12021 Wilshire Bl.    OUTPT SURG OF POINT LOMA    LOCATION: 3434 Midway Dr., Ste. 1006
Los Angeles, CA 90025    San Diego, CA 92110

PATIENT NAME:    CARDOSA,LAURA

DOS:    7/10/06

| | COST | # | SubTOTAL |
|---|---|---|---|
| Vancomycin 500 mg | $0.00 | | $0.00 |
| Versed | $48.00 | 1 | $48.00 |
| Wydase 150 units | $0.00 | | $0.00 |
| Zantac 20 mg/cc | $0.00 | | $0.00 |
| Zemukon | $82.00 | 1 | $82.00 |
| Zofran 4 mg | $170.00 | 1 | $170.00 |
| D5 LR 1000 | $0.00 | | $0.00 |
| LR 1000 | $0.00 | | $0.00 |
| Phenergan | | 1 | $102.00 |
| Methyline blue | | 1 | $21.00 |

| | COST | # | SubTOTAL |
|---|---|---|---|
| Needle spinal 25g x 6" | $0.00 | | $0.00 |
| Needle tuohy 18g x 3 1/2 | $0.00 | | $0.00 |
| OEC florscpy 6/9 unit 1 | $0.00 | | $0.00 |
| Pain pack | $0.00 | | $0.00 |
| Peel pack 4 x 4 sterile | $0.00 | | $0.00 |
| Sheet lap pk transverse | $0.00 | | $0.00 |
| Sheet three quarter | $0.00 | | $0.00 |
| Skin marker w/ flexi-rul | $0.00 | | $0.00 |
| Small round basin | $0.00 | | $0.00 |
| Swabstick PVP | $0.00 | | $0.00 |
| Syringe 1 cc tuberculin | $0.00 | | $0.00 |
| Syringe 3 cc | $0.00 | | $0.00 |
| Syringe 5 cc | $0.00 | | $0.00 |
| Syringe 7 cc loss of res | $0.00 | | $0.00 |
| Syringe 10 cc | $1.00 | 1 | $1.00 |
| Syringe 20 cc | $0.00 | | $0.00 |
| Towel pk sterl non disp | $0.00 | | $0.00 |

| | COST | # | SubTOTAL |
|---|---|---|---|
| **Surgery Procedure** | | | |
| Start-up fee | | 1 | |
| Surgical Room hours | | 3.2 | |
| Recovery room hours | | 2.3 | |
| (Total surgical room fees) | | | 13570 |
| **Medications #1** | | | |
| Bacitracin 50,000 units | $0.00 | | $0.00 |
| Benadryl | $0.00 | | $0.00 |
| Cefazolin (ansef) | $26.00 | 1 | $26.00 |
| Celeston 6 mg | $0.00 | | $0.00 |
| Chirocaine .25% | $0.00 | | $0.00 |
| Clonidine | $0.00 | | $0.00 |
| Decadrone (dexamethas | $51.00 | 1 | $51.00 |
| Demerol 25 mg | $0.00 | | $0.00 |
| Depo-medrol 80 mg | $0.00 | | $0.00 |
| Diprivan(propotol)20cc | $26.00 | 1 | $26.00 |
| Droperidol 2.5 ml | $0.00 | | $0.00 |
| Ephedrine 50 mg/ 1 cc | $0.00 | | $0.00 |
| Epinephrine 1 cc | $0.00 | | $0.00 |
| Eye lubricant 1/8 oz | $0.00 | | $0.00 |
| Fentanyl 2 cc | $9.00 | 2 | $18.00 |
| Glycopyrrolate | $0.00 | | $0.00 |
| Cetazolin (ansef) | $0.00 | | $0.00 |
| Hyalgan | $0.00 | | $0.00 |
| Hydralizine 20 mg/ml | $0.00 | | $0.00 |
| Isovue | $0.00 | | $0.00 |
| Kenalog | $0.00 | | $0.00 |
| Labetolol 5 mg/cc | $0.00 | | $0.00 |
| Levaquin 500 mg | $0.00 | | $0.00 |
| Lidocaine 2% plain 50cc | $0.00 | | $0.00 |
| Marcaine | $20.00 | 1 | $20.00 |
| Morphine 4 mg | $0.00 | | $0.00 |
| Neostigmine | $0.00 | | $0.00 |
| Omnipaque | $0.00 | | $0.00 |
| Phentolamine | $0.00 | | $0.00 |
| Reglan | $0.00 | | $0.00 |
| Rocephin 1 mg | $0.00 | | $0.00 |
| Romazicon | $0.00 | | $0.00 |
| Roxicet (percocet) tab | $5.00 | 2 | $10.00 |
| Sevoflurance | $56.00 | 1 | $56.00 |
| Sodium chloride | $13.00 | 2 | $26.00 |
| Solu-cortet 100 mg | $0.00 | | $0.00 |
| Solu-medrol 40 mg | $0.00 | | $0.00 |
| Succinylcholine 10 ml | $0.00 | | $0.00 |
| Tigan supp 200 mg | $0.00 | | $0.00 |
| Thrombin 5,000 | $0.00 | | $0.00 |
| Toradol | $0.00 | | $0.00 |

| | COST | # | SubTOTAL |
|---|---|---|---|
| **Pain Clinic Cart #2** | | | |
| Admin set 10/105 ml | $0.00 | | $0.00 |
| Arrow epidural tray | $0.00 | | $0.00 |
| Band bag 36 x 30 | $0.00 | | $0.00 |
| Cannula nasal | $0.00 | | $0.00 |
| Catheter IV 22 x 1 | $0.00 | | $0.00 |
| Coverlet 1 x 3 | $0.00 | | $0.00 |
| Drape band bag large | $0.00 | | $0.00 |
| Drape c-arm sterile lrg | $0.00 | | $0.00 |
| Glove Biogel 8 sterile | $0.00 | | $0.00 |
| Glove latex 7 1/2 sterile | $0.00 | | $0.00 |
| Glove latex 8 ster perry | $0.00 | | $0.00 |
| Gloves radiation reduct | $0.00 | | $0.00 |
| Gloves radiation resist | $0.00 | | $0.00 |
| Gloves srg str ltx pwdr | $0.00 | | $0.00 |
| Gown x-large w/ towel | $0.00 | | $0.00 |
| Hep- lock 100 u 10 ul | $0.00 | | $0.00 |
| Mini vol extension set | $0.00 | | $0.00 |
| Needle 18 x 1 1/2 | $0.00 | | $0.00 |
| Needle 20 x 1 1/2 | $0.00 | | $0.00 |
| Needle 25 x 1 1/2 | $0.00 | | $0.00 |
| Needle 30 x 1/2 | $0.00 | | $0.00 |
| Needle spinal sterile | $0.00 | | $0.00 |
| Needle spinal 22g x 5" | $0.00 | | $0.00 |

| | COST | # | SubTOTAL |
|---|---|---|---|
| **Orthopedic Surgery #3** | | | |
| Adaptic sterile 3 x 3 | $0.00 | | $0.00 |
| Adaptic sterile 3 x 8 | $0.00 | | $0.00 |
| Adhesive Mastisol liquid | $58.00 | 1 | $58.00 |
| Acuflex arthscpy forceps | $0.00 | | $0.00 |
| Angled curettes | $0.00 | | $0.00 |
| Arm sling economy large | $0.00 | | $0.00 |
| Arthrobot drap | $0.00 | | $0.00 |
| Arthro pk fluid control | $0.00 | | $0.00 |
| Arthrobot positng device | $0.00 | | $0.00 |
| Arthrocare machine rentl | $0.00 | | $0.00 |
| Arthroscope | $0.00 | | $0.00 |
| Arthroscopic fluid mgmt | $0.00 | | $0.00 |
| Arthroscopy set dyonics | $0.00 | | $0.00 |
| Arthroscopy set incomplt | $0.00 | | $0.00 |
| Bndge esmark latex 4x9 | $0.00 | | $0.00 |
| Bndge esmark latex 6x9 | $0.00 | | $0.00 |
| Bankart tack | $0.00 | | $0.00 |
| Basic pack | $63.00 | 1 | $63.00 |
| Basic instrmt set sterile | $0.00 | | $0.00 |

BILLING: PO Box 864, 12021 Wilshire Bl.     **OUTPT SURG OF POINT LOMA**     LOCATION: 3434 Midway Dr., Ste. 1006
Los Angeles, CA 90025                                                                                                       San Diego, CA 92110

CARDOSA, LAURA                7/10/06

| Item | COST | # | SubTOTAL | Item | COST | # | SubTOTAL | Item | COST | # | SubTOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bean bag rental | $0.00 | | $0.00 | Ice pack hot & cold gel | $0.00 | | $0.00 | Screw macropore | $0.00 | | $0.00 |
| Benzoin tincture popper | $0.00 | | $0.00 | Irrigation set 4-lead 96" | $0.00 | | $0.00 | Screw 4-pk 2.4 x 8 mm | $0.00 | | $0.00 |
| Blade electrode 6" | $0.00 | | $0.00 | K-wire .045x6 doubl end | $0.00 | | $0.00 | Screw 4-pk 2.4 x 10mm | $0.00 | | $0.00 |
| Blade mini 6900 | $12.00 | 1 | $12.00 | K-wire .062x6 doubl end | $0.00 | | $0.00 | Serf 90 deg 3.5 mm prb | $0.00 | | $0.00 |
| Blade #10 ster carbon | $0.00 | | $0.00 | Keith needle | $0.00 | | $0.00 | Sheet three quarter | $0.00 | | $0.00 |
| Blade #11 carbon | $1.00 | 1 | $1.00 | Kerliz rolls 4 1/2" | $0.00 | | $0.00 | Sheet thyroid 77 x 121 | $0.00 | | $0.00 |
| Blade #15 ster carbon | $2.00 | 2 | $4.00 | Kidney basin | $0.00 | | $0.00 | Shoulder immobilzer lrg | $0.00 | | $0.00 |
| Burrs Stryker 4.0mm rnd | $0.00 | | $0.00 | Kit acl implantation | $0.00 | | $0.00 | Skin marker w/ flexi-rul | $0.00 | | $0.00 |
| C-arm x-ray consrmble pk | $0.00 | | $0.00 | Kit gentle thread dispos | $0.00 | | $0.00 | Small joint arthrspy set | $0.00 | | $0.00 |
| Cannula clear 5.75 mm | $0.00 | | $0.00 | Syringe 20 cc | $0.00 | | $0.00 | Sony printer paper | $0.00 | | $0.00 |
| Cannula 8.25 mm x 7 tws | $0.00 | | $0.00 | Towel pk sterl non disp | $0.00 | | $0.00 | Splint Scotchcast one | $0.00 | | $0.00 |
| Cannula nasal | $0.00 | | $0.00 | Lactosorb pop rivet sys | $0.00 | | $0.00 | Sponge Kerlix super | $0.00 | | $0.00 |
| Codman srgl pattles 1/2 | $0.00 | | $0.00 | Lap street small | $0.00 | | $0.00 | Sponge lap 18 x 18 strl | $0.00 | | $0.00 |
| Codman srgl pattles 1x1 | $0.00 | | $0.00 | Large round basin | $0.00 | | $0.00 | Sponges x-ray detectbl | $0.00 | | $0.00 |
| Cotton tipped applicator | $11.00 | 2 | $22.00 | Lead hand | $0.00 | | $0.00 | Staples sm-35w dispbl | $0.00 | | $0.00 |
| Crutch adult tall | $0.00 | | $0.00 | Light cover handle/sleev | $13.00 | 1 | $13.00 | Steri drape art lim | $0.00 | | $0.00 |
| Curettes | $0.00 | | $0.00 | Liner card 3000 cc | $0.00 | | $0.00 | Steri strip skin closure | $4.00 | 1 | $4.00 |
| Custom ortho pk Point L | $0.00 | | $0.00 | Mayo stand cover w/pad | $0.00 | | $0.00 | Stockinette bias 6" | $0.00 | | $0.00 |
| Custom shoulder pack | $0.00 | | $0.00 | Microscope drape Zeiss | $0.00 | | $0.00 | Stokinette tubular 6" x | $0.00 | | $0.00 |
| Dispble tubing set inflow | $0.00 | | $0.00 | Misc equip rental fee | $0.00 | | $0.00 | Stocking knee lg long | $0.00 | | $0.00 |
| Drain c-arm strl large | $0.00 | | $0.00 | Needle 18 x 1 1/2 | $1.00 | 1 | $1.00 | Stocking thigh lg short | $0.00 | | $0.00 |
| Drain round 19 fr J-P | $0.00 | | $0.00 | Needle 20 x 1 1/2 | $0.00 | | $0.00 | Stryker 200 rental | $0.00 | | $0.00 |
| Drape large 18" x 24" | $0.00 | | $0.00 | Needle 25 x 1 1/2 | $0.00 | | $0.00 | Strker power pack | $0.00 | | $0.00 |
| Drape loban 35 x 23 | $0.00 | | $0.00 | Needle 27 x 1 1/4 | $2.00 | 1 | $2.00 | Stryker serface rf genr | $0.00 | | $0.00 |
| Drill bit, 2.0mm quick | $0.00 | | $0.00 | Needle counter single | $0.00 | | $0.00 | Stryker small joint | $0.00 | | $0.00 |
| Duraprep sol 24ml lrg | $0.00 | | $0.00 | Ndl Ferguson's 1/2 circl | $0.00 | | $0.00 | Surgicel ster 2 x 14 | $0.00 | | $0.00 |
| Dyonics video system | $0.00 | | $0.00 | Needle guard double | $0.00 | | $0.00 | Suture ethibond 2 lr ndl | $0.00 | | $0.00 |
| Elastic bandage 4" | $0.00 | | $0.00 | Ndl mayo #5 1/2 circle | $0.00 | | $0.00 | Suture ethibond 2 mo-7 | $0.00 | | $0.00 |
| Elastic bandage 6" | $0.00 | | $0.00 | Needle spinal sterile | $6.00 | 1 | $6.00 | Suture ethibond 3-0 | $0.00 | | $0.00 |
| Elevator Cobb sterile | $0.00 | | $0.00 | OEC florospy 6/9 unit 1 | $0.00 | | $0.00 | Suture ethilon 3-0 blk | $0.00 | | $0.00 |
| Electrodes needle disp | $0.00 | | $0.00 | Omnitip 25cm sidefire nd | $0.00 | | $0.00 | Sutre dermalon 3-0ce-6 | $0.00 | | $0.00 |
| Electrosurgical unit gen | $225.00 | 1 | $225.00 | Oratec ablatorprobe 90 | $0.00 | | $0.00 | Sutr dermln 3-0ce-12ndl | $0.00 | | $0.00 |
| Electrosurgical tip | $0.00 | | $0.00 | Ortho instrument tray | $0.00 | | $0.00 | Suture dexon 2 t-56 ndl | $0.00 | | $0.00 |
| Extension set LL 20" | $0.00 | | $0.00 | Ortho add set | $0.00 | | $0.00 | Suture maxon 3-0 ce-4 | $0.00 | | $0.00 |
| Flexilite bndg n/s 3x5 yd | $0.00 | | $0.00 | Osteotomes | $0.00 | | $0.00 | Sture monocrye 3-0 ps2 | $0.00 | | $0.00 |
| Forcep Bonnie sterile | $0.00 | | $0.00 | Pad grounding electro | $11.00 | 1 | $11.00 | Sture ti-cron 2 pr-4 ndl | $0.00 | | $0.00 |
| Forcep Debakey sterile | $0.00 | | $0.00 | Peel pack 4 x 4 sterile | $0.00 | | $0.00 | Suture ti-cron 2 t-56 nd | $0.00 | | $0.00 |
| Frazier suction instrmt | $6.00 | 1 | $6.00 | Peel pk 6" blas stocknt | $0.00 | | $0.00 | Suture ti-cron 5 c-20 nd | $0.00 | | $0.00 |
| Gelfoam sponge sz 100 | $0.00 | | $0.00 | Pencil elctr srg 10' cord | $38.00 | 1 | $38.00 | Suture vicryl 0 ct-1 ndl | $0.00 | | $0.00 |
| Glove Biogel 8 sterile | $0.00 | | $0.00 | Percutaneous discal intr | $0.00 | | $0.00 | Suture vicryl 0 OS-6 | $0.00 | | $0.00 |
| Glove latex 6 1/2 sterile | $0.00 | | $0.00 | Pitcher graduater 1 liter | $0.00 | | $0.00 | Sture vicryl 2-0 ct-2 ndl | $0.00 | | $0.00 |
| Glove latex 8 1/2 sterile | $0.00 | | $0.00 | Pouch fluid lrg strl adh | $0.00 | | $0.00 | Suture vicryl 2-0 ct-1 | $0.00 | | $0.00 |
| Glove latex 7 1/2 sterile | $0.00 | | $0.00 | Pump tubing set 3/cs | $0.00 | | $0.00 | Suture vicryl 3-0 ct-1 ndl | $0.00 | | $0.00 |
| Glv ortho srg ster 7 1/2 | $0.00 | | $0.00 | R-50 spinal introduction | $0.00 | | $0.00 | Sture vicryl 3-0 fs-2 ndl | $0.00 | | $0.00 |
| Glove ortho size 8 1/2 | $0.00 | | $0.00 | Razor prep double edge | $0.00 | | $0.00 | Suture vicryl 3-0 ties | $0.00 | | $0.00 |
| Glove ortho senn shrp/dul | $0.00 | | $0.00 | Retractor senn shrp/dul | $0.00 | | $0.00 | Synthes ASIF screw set | $0.00 | | $0.00 |
| Glove radiation resistnce | $0.00 | | $0.00 | Retractor tray | $0.00 | | $0.00 | Synthes mini frag set | $0.00 | | $0.00 |
| Gown S large w/ towel | $0.00 | | $0.00 | Round basin small | $0.00 | | $0.00 | Synthes lrg frag tray | $0.00 | | $0.00 |
| Gown XXL impervious | $0.00 | | $0.00 | Round basin large | $0.00 | | $0.00 | Syringe bulb 2 oz indiv | $0.00 | | $0.00 |
| Hand switch pens | $0.00 | | $0.00 | Sawblade 31x9 aggress | $0.00 | | $0.00 | Syringe 1 cc tuberculin | $0.00 | | $0.00 |
| Hibiclens prep tray | $0.00 | | $0.00 | Screw interference fully | $0.00 | | $0.00 | Syringe 3 cc | $0.00 | | $0.00 |
| Holmium lasr 80 watt rt | $0.00 | | $0.00 | Screw interfer round hd | $0.00 | | $0.00 | Syringe 5 cc | $1.00 | 1 | $1.00 |

BILLING: PO Box 864, 12021 Wilshire Bl.
Los Angeles, CA 90025

**OUTPT SURG OF POINT LOMA**

LOCATION: 3434 Midway Dr., Ste. 1006
San Diego, CA 92110

CARDOSA, LAURA                    7/10/06

| | COST | # | SubTOTAL | | COST | # | SubTOTAL |
|---|---|---|---|---|---|---|---|
| Syringe 30 cc luer-lok | $0.00 | | $0.00 | Knee pack | $84.00 | | |
| Syringe 60 cc luer-lok | $0.00 | | $0.00 | Scrub glove | $4.00 | 2 | $8.00 |
| Syringe irrigation bulb | $0.00 | | $0.00 | Pre op fee | $30.00 | 1 | $30.00 |
| Table cvr back 44 x 90 | $0.00 | | $0.00 | Anesth fee | $40.00 | 1 | $40.00 |
| Tape zonas porous 3" | $0.00 | | $0.00 | Pat prep free | $20.00 | 1 | $20.00 |
| Tape surgical microfoam | $9.00 | 1 | $9.00 | Webril | $3.00 | | |
| Towel pk sterile non disp | $23.00 | 1 | $23.00 | Aculex backet | $30.00 | | |
| Tray laminectomy instru | $0.00 | | $0.00 | 5.0 resector | $70.00 | | |
| Tray skin scrub povidone | $0.00 | | $0.00 | Stryker shaver blade | $70.00 | | |
| Tube suction connecting | $9.00 | 1 | $9.00 | Ulnar pad | $5.00 | 2 | $10.00 |
| Tubing pump | $0.00 | | $0.00 | Cannula | $30.00 | | |
| U-drape 48 x 52 sterile | $0.00 | | $0.00 | Shoulder pack | $92.00 | | |
| U-drape steri drape adh | $0.00 | | $0.00 | 4.0 aggres plus | $70.00 | | |
| Wrap slf adherent coban | $0.00 | | $0.00 | 5.5 bur burr | $90.00 | | |
| Yankauer reg tip w/tubg | $0.00 | | $0.00 | Suiture prolene | | | |
| Yankauer suction instrm | $0.00 | | $0.00 | Min instr tray ster | $30.00 | 1 | $30.00 |
| Xeroform 1 x 8 | $0.00 | | $0.00 | Gauze | $9.00 | 2 | $18.00 |
| 3.5 razorcut straght shv | $0.00 | | $0.00 | Codman surg pat | $80.00 | 1 | $11.00 |
| 4.5 full radius straight | $0.00 | | $0.00 | Cup medicne | $80.00 | 1 | $2.00 |
| 4.5 orbit razorcut shavr | $0.00 | | $0.00 | Nasal sheet | | 1 | $180.00 |
| 4.5 outflow cannula set | $0.00 | | $0.00 | | | | |
| 4.5 razorcut straght shv | $0.00 | | $0.00 | | | | |
| 5.5 abrader straight shv | $0.00 | | $0.00 | | | | |
| 5.5 acromionizer strght | $0.00 | | $0.00 | $13,570.00 | Room Charges | | |
| 5.5 incisor plus shv bld | $0.00 | | $0.00 | $656.00 | Total Medications | | |
| 5.5 full radius straight | $0.00 | | $0.00 | $987.00 | Total Supplies | | |
| 5.5 outflow cannula set | $0.00 | | $0.00 | | | | |
| 5.5 razorcut straght shv | $0.00 | | $0.00 | $15,213.00 | TOTAL | | |
| 5.5 stonecutter straight | $0.00 | | $0.00 | | | | |
| 20 dg switchble tip prob | $0.00 | | $0.00 | | | | |
| 30 dg reusable switchtip | $0.00 | | $0.00 | | | | |
| 30 minute videotape | $0.00 | | $0.00 | | | | |
| 36" extention set | $0.00 | | $0.00 | | | | |
| Colorado micro-dis | | 1 | $17.00 | | | | |
| Nasal set | | 1 | $40.00 | | | | |
| Nasal splint | | 1 | $42.00 | | | | |
| Blanket bear hug | | 1 | $30.00 | | | | |

| | | | ID. TAX NO. | | STATEMENT COVERS PERIOD | | 7 COV. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11 |
| | | | 310654938 | | FROM 07 10 2006 | THROUGH 07 10 2006 | | | | | |

2 PATIENT NAME | 13 PATIENT ADDRESS

CARDOSO    LAURA    443 MORRISON ST  SAN DIEGO, CA 92102

| 4 BIRTHDATE | 15 SEX | 16 MS | ADMISSION 17 DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | | 24 | CONDITION CODES 25 26 27 28 29 30 | 31 |
| 08 15 1984 | O | | 07 10 2006 | | | | | | 562818508 | | | 07 10 2006  07 10 2006 | |

| CODE | OCCURRENCE DATE | CODE | OCCURRENCE DATE | 34 CODE | OCCURRENCE DATE | CODE | OCCURRENCE DATE | 36 CODE | OCCURRENCE SPAN FROM  THROUGH | 37 A B C |
| | 09/07/05 | | | | | | | | | |

CARDOSO, LAURA
443 MORRISON ST
SAN DIEGO, CA 92102

| | 39 CODE | VALUE CODES AMOUNT | | CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
| a | | | | | | | |
| b | | | | | | | |
| c | | | | | | | |
| d | | | | | | | |

| 2 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
| 250 | MEDICATION CHRS | 656.00 | 07 10 2006 | | 656.00 | | |
| 270 | MED/SURG SUPPL | 987.00 | 07 10 2006 | | 987.00 | | |
| 360 | SURGICAL ROOM CHARGES | 13570.00 | 07 10 2006 | | 13570.00 | | |
| | | | | | | | |
| | ****TOTAL*** | | | | 15213.00 | | |
| | Facility Fees. Not Professional Charges. | | | | | | |

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
| ROBERT BRUCE ARNOLD | S051268 | Y | Y | | 15213.00 | |

| 57 | ► DUE FROM PATIENT ► | | | | | |
| 58 INSURED'S NAME | 59 P.REL | 60 CERT. - SSN - HIC. - ID NO. | 15213.00 | GROUP NAME | 82 INSURANCE GROUP NO. |
| LAURA  CARDOSO | 01 | 562 81 8508 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
| | | ALLIANCE ONE | 0 |

| 67 PRIN. DIAG. CD. | 68 CODE | OTHER DIAG. CODES 69 CODE 70 CODE 72 CODE 73 CODE | 74 CODE | | 76 ADM. DIAG. CD. | 77 E-CODE | 78 |
| 478.0 | | | | | 478.0 | | |

| 79 P.C. | 80 PRINCIPAL PROCEDURE CODE DATE | 81 OTHER PROCEDURE CODE DATE | | 82 ATTENDING PHYS. ID |
| | 30140  07 10 2006 | | | POINT LOMA ELITE SURG CENTER  12021 WI |
| | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | | 83 OTHER PHYS. ID |

| 84 REMARKS | | OTHER PHYS. ID |
| ROBERT BRUCE ARNOLD 2329 INDIA ST SAN DIEGO, CA 92101 | *AOB IN PROV. RECORD* | |
| | | 85 PROVIDER REPRESENTATIVE  X D. KNACK  |  86 DATE 09/13/06 |

UB-92 CMS-1450
UB-92-L          OCR / ORIGINAL          I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

JOHN M. TOLMOSOFF, DC

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| CARLA000 | Laura Cardoso | | | (619)575-8158 | | | | |
| | Last Payment: | | 0.00 | On: 12/30/1899 | | | | |
| 16276 | 4/24/2006 | 11 | | 1382 | 99205 | 0606010000 | JMT | 150.00 |
| 16277 | 4/24/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16278 | 4/24/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16279 | 5/8/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16280 | 5/8/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16281 | 5/9/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16282 | 5/9/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16283 | 5/16/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16284 | 5/16/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16285 | 5/17/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16286 | 5/17/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16287 | 5/22/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16288 | 5/22/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16289 | 5/23/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16290 | 5/23/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16291 | 5/24/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16292 | 5/24/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16293 | 5/30/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16294 | 5/30/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16295 | 6/5/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16296 | 6/5/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16297 | 6/7/2006 | 11 | | 1382 | 98941-76 | 0606010000 | JMT | 51.00 |
| 16298 | 6/7/2006 | 11 | | 1382 | 97124 | 0606010000 | JMT | 50.00 |
| 16490 | 6/7/2006 | 11 | | 1382 | 98941-76 | 0606130000 | JMT | 51.00 |
| 16491 | 6/7/2006 | 11 | | 1382 | 97124 | 0606130000 | JMT | 50.00 |
| 16554 | 6/8/2006 | 11 | | 1382 | 98941-76 | 0606130000 | JMT | 51.00 |
| 16555 | 6/8/2006 | 11 | | 1382 | 97124 | 0606130000 | JMT | 50.00 |
| 16561 | 6/12/2006 | 11 | | 1382 | 98941-76 | 0606130000 | JMT | 51.00 |
| 16562 | 6/12/2006 | 11 | | 1382 | 97124 | 0606130000 | JMT | 50.00 |
| 16707 | 6/14/2006 | 11 | | 1382 | 98941-76 | 0606190000 | JMT | 51.00 |
| 16708 | 6/14/2006 | 11 | | 1382 | 97124 | 0606190000 | JMT | 50.00 |
| 16753 | 6/19/2006 | 11 | | 1382 | 98941-76 | 0606210000 | JMT | 51.00 |
| 16754 | 6/19/2006 | 11 | | 1382 | 97124 | 0606210000 | JMT | 50.00 |
| 17356 | 6/21/2006 | 11 | | 1382 | 98941-76 | 0607050000 | JMT | 51.00 |
| 17357 | 6/21/2006 | 11 | | 1382 | 97124 | 0607050000 | JMT | 50.00 |
| 17362 | 6/26/2006 | 11 | | 1382 | 98941-76 | 0607050000 | JMT | 51.00 |
| 17363 | 6/26/2006 | 11 | | 1382 | 97124 | 0607050000 | JMT | 50.00 |
| 17460 | 7/5/2006 | 11 | | 1382 | 98941-76 | 0607060000 | JMT | 51.00 |
| 17461 | 7/5/2006 | 11 | | 1382 | 97124 | 0607060000 | JMT | 50.00 |
| 17558 | 7/6/2006 | 11 | | 1382 | 98941-76 | 0607110000 | JMT | 51.00 |
| 17559 | 7/6/2006 | 11 | | 1382 | 97124 | 0607110000 | JMT | 50.00 |
| 17924 | 7/17/2006 | 11 | | 1382 | 98941-76 | 0607180000 | JMT | 51.00 |
| 17925 | 7/17/2006 | 11 | | 1382 | 97124 | 0607180000 | JMT | 50.00 |
| 18413 | 7/24/2006 | 11 | | 1382 | 98941-76 | 0607310000 | JMT | 51.00 |
| 18414 | 7/24/2006 | 11 | | 1382 | 97124 | 0607310000 | JMT | 50.00 |

JOHN M. TOLMOSOFF, DC

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 18579 | 7/30/2006 | 11 | | 1382 | 98941-76 | 0607310000 | JMT | 51.00 |
| 18580 | 7/30/2006 | 11 | | 1382 | 97124 | 0607310000 | JMT | 50.00 |
| 18655 | 8/3/2006 | 11 | | 1382 | 98941-76 | 0607310000 | JMT | 51.00 |
| 18656 | 8/3/2006 | 11 | | 1382 | 97124 | 0607310000 | JMT | 50.00 |
| 18753 | 8/7/2006 | 11 | | 1382 | 98941-76 | 0607310000 | JMT | 51.00 |
| 18754 | 8/7/2006 | 11 | | 1382 | 97124 | 0607310000 | JMT | 50.00 |
| 19222 | 8/16/2006 | | Patient statement was billed | 1382 | STMT | 0606010000 | JMT | 0.00 |
| | | | | | | | Patient Total | $2,675.00 |

# EXHIBIT "2"

**U.S. Department of Homeland Security**
Washington, DC 20229

File No. SO-2007-0460-JWM

**U.S. Customs and
Border Protection**

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

October 2, 2007

Donald J. Dechant
Attorney at Law
Arnold Law Firm
2329 India Street
San Diego, California  92101

Dear Mr. DeChant.:

This is in response to the administrative claim you filed on behalf of Laura Cardosa in the amount of $150,000.00, relating to a vehicle accident involving the U.S. Border Patrol on September 7, 2005.

Any recovery under the Federal Tort Claims Act (FTCA) must be predicated on the negligent or wrongful act or omission of a government employee acting within the scope of federal employment. *See generally*, 28 U.S.C. 2671, *et seq.*  A FTCA claimant must submit evidence including medical reports and supporting documentation to substantiate both the nature of the injury and the amount of damages. 28 C.F.R. 14.4.  You have submitted medical reports and supporting documentation to substantiate $25,383.00 in medical expenses, and I agree that this is a reasonable amount for medical expenses.  In addition, I will authorize payment of $10,000.00 for pain and suffering.  However, you have submitted no justification or basis for payment of the balance of this claim.  As such, it is my decision to grant partial payment of this claim in the amount of $35,383.00 in total.  The remainder of the claim is denied as unsubstantiated.

In order to process payment, please assist your client in completing the enclosed Financial Management Services Form (FMS-197), and return it to the Office of the Assistant Chief Counsel, Attn:  Janet Muller, U.S. Customs and Border Protection, 2411 Boswell Road, Chula Vista, California, 91914.  For your convenience, the part of the form that you need to fill out, has been highlighted in yellow neon and a self-addressed envelope has been enclosed so that you may return the completed form as soon as possible.  Upon receipt of the completed FMS-197, the award will be electronically transferred to your client's bank.  Failure to provide the electronic funds transfer data may result in a delay of payment.  Further, you must include a taxpayer ID for the government to make an electronic payment.

Regulations require me to advise you that if you are dissatisfied with this decision you may file suit in an appropriate United States District Court not later than six months after the date this notification was mailed.

Sincerely,

*Mark S. Borkowski*

Mark S. Borkowski
Executive Director for Mission Support
U.S. Border Patrol

Attachments (2)

**EXHIBIT** 3

# EXHIBIT "3"

# Arnold Law Firm

INJURY AND INSURANCE LAWYERS
HELPING PEOPLE SINCE 1980

LAWYERS
ROBERT BRUCE ARNOLD
RAYMOND PACELLO, JR.*
DONALD J. DECHANT
* A PROFESSIONAL LAW CORPORATION

LAW CLERK
DAVID DIAZ

PARALEGALS
LORENA MIER ARNOLD
ALENA L. DUANE

CASE MANAGERS
ANNA L. GOMEZ
ALICIA M. CORRALES

2329 INDIA STREET
SAN DIEGO, CALIFORNIA 92101
FAX (619) 233-1607

TELEPHONE (619) 233-1096

OF COUNSEL
STEVEN R. YOUNG
WWW.THEGUNSLINGER.COM

WEBSITE
WWW.ARNOLDLAWFIRM.NET

October 25, 2007

Mark S. Borkowski, Executive Director
U.S. DEPT. OF HOMELAND SECURITY
Washington, DC 20229

RE:    *Cardoso v. U.S. Border Patrol (FTCA Claim)*
       Date of Loss:      09/07/2005
       USBP Claim No.:    SO-2007-0460
       Our File No.:      1813
       ---------------------------------------------------------

Dear Mr. Borkowski:

This confirms receipt of your letter dated October 2, 2007, the content of which has been duly noted. Please be advised that my client has instructed me to reject the government's offer of $35,383.00 because she feels it is unreasonable and does not represent fair compensation for her injuries. I cannot disagree.

Accordingly, please be on notice that the undersigned will be filing a Complaint in the United States District Court for the Southern District of California. A copy of which will be forwarded and served pursuant to the Rules of Federal Civil Procedure.

Thank you in advance for your attention to the above. Please call me if you have any questions or wish to discuss this claim further.

Respectfully yours,

ARNOLD LAW FIRM

Raymond Pacello, Jr.
RPJR:alg

U.S. CUSTOMS & BORDER PROTECTION
OCTOBER 25, 2007
PAGE 2


cc:     Ms. Laura Cardoso/Crann                    w/copy of Mr. Borkowski's 10-2-07 ltr

cc:     Attn:  Janet Miller
        U.S. Customs & Border Protection
        2411 Boswell Road
        Chula Vista, CA 91914

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 144410    — BH
\* \* C O P Y \* \*
November 13. 2007
10:37:14**

**Civ Fil Non-Pris**
USAO #.: 07CV2167 CIVIL FILING
Judge..: DANA M SABRAW
Amount.:                    $350.00 CK
Check#.: BC# 15170

**Total—>   $350.00**

FROM: CRANN V. USA
       CIVIL FILING

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

LAURA CRANN, formerly known as LAURA CARDOSO

## DEFENDANTS

THE UNITED STATES OF AMERICA

FILED

07 NOV 13 AM 10: 32

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)** County of Residence of First Listed Plaintiff    San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Raymond Pacello, Jr., Arnold Law Firm, 2329 India Street, San Diego, CA 92101. Tel:(619)233-1096; Fax:(619) 233-1607

Attorneys (If Known)

'07 CV 2167 DMS (NLS)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

Appeal to District Judge from Magistrate Judgment

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims, 28 USC Sec. 2671 et seq.
Brief description of cause:
Car accident negligence

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 150,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE   11/9/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 14440   AMOUNT $350.00   BY 11/13/07   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____