Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

LAURA CRANN, formerly known as
LAURA CARDOSO

vs

THE UNITED STATES OF
AMERICA

**SUMMONS IN A CIVIL ACTION**

Case No.

**'07 CV  2167 DMS  (NLS)**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Raymond Pacello, Jr.  (Bar No. 207694)
Arnold Law Firm
2329 India Street
San Diego, CA 92101          Tel: (619) 233-1096     Fax: (619) 233-1607

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____          ___11/13/2007___
CLERK                                                          DATE

J. [signature]KLE

By                                    , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

