UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CRANN, formerly known as LAURA CARDOSO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 07cv2167-DMS (NLS)<br><br>CERTIFICATE OF SERVICE |

I, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of **ANSWER TO COMPLAINT** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Raymond Pacello, Jr**
Law Offices of Robert Bruce Arnold
2329 India Street
San Diego, CA 92101
(619)233-1096
Fax: (619)233-1607

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2008

                                                *s/David B. Wallace*
                                                DAVID B. WALLACE