# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CRANN, formerly known as LAURA CARDOSO,<br><br>      Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br><br>      Defendants. | Civil No.07cv2167 DMS (NLS)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

On March 4, 2008, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

1. Counsel are ordered to appear **telephonically** on *April 18, 2008 at 10:00 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

2. The Rule 26(f) conference shall be completed on or before *March 28, 2008*.

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before *April 7, 2008*. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *April 11, 2008*.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case hereafter.

1  Each responsible attorney of record and all parties representing themselves shall participate in the
2  conference. Represented parties need not participate.
3  Failure of any counsel or party to comply with this order will result in sanctions.
4  **IT IS SO ORDERED.**
5  DATED: March 6, 2008

7  Hon. Nita L. Stormes
   U.S. Magistrate Judge