| | |
|---|---|
| Raymond Pacello, Jr., Esq. | Bar No. 207694 |
| Donald J. Dechant, Esq. | Bar No. 89316 |

**ARNOLD LAW FIRM**
2329 India Street
San Diego, Ca 92101
(619) 233-1096

Attorneys for Plaintiff,
LAURA CRANN

FILED
2008 APR -1 PM 4:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ KNH _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CRANN, formerly known as LAURA CARDOSO, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO.: '07 CV 2167 DMS (NLS) <br><br> NOTICE OF SETTLEMENT |

The parties have settled the above-captioned case, and request that all dates set at the Early Neutral Evaluation Conference be taken off calendar. The parties will file a Stipulation for Dismissal in the near future.

Respectfully submitted.

DATED: 4/1/08

ARNOLD LAW FIRM

_____
Raymond Pacello, Jr.
Counsel for Plaintiff
Laura Crann

---

1

NOTICE OF SETTLEMENT

## PROOF OF SERVICE

RE: <u>Crann v. USA</u>
U.S. District Court, Southern District of California
Civil Case No. 07 CV 2167 DMS (NLS)

I, the undersigned, declare: I am employed in the County of San Diego, State of California, over the age of 18, not a party to the within action, and my business address is 2329 India Street, San Diego, California 92101.

I further declare that I am readily familiar with the firm's practice of collection and processing correspondence for mailing, pursuant to which practice, the correspondence will be deposited in the ordinary course of business with the United States Postal Service at San Diego, California, on this date, with postage thereon fully prepaid.

On April 1, 2008, I caused to be served the following documents:

**NOTICE OF SETTLEMENT**

The original or true copies thereof being enclosed in sealed enveloped following ordinary business practices, with postage thereon fully prepaid, addressed as follows:

| | |
|---|---|
| David B. Wallace, Esq.<br>Assistant U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893 | Attorneys for Defendant<br>United States of America |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This Declaration was executed this April 1, 2008, at San Diego, California.

_[signature]_