# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CRANN, formerly known as LAURA CARDOSO,<br><br>　　　　　　Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>　　　　　　Defendants. | Civil No.07cv2167 DMS (NLS)<br><br>**NOTICE AND ORDER SETTING *TELEPHONIC* SETTLEMENT DISPOSITION CONFERENCE** |

　　　The parties have informed the Court that they have settled this case. Therefore, the telephonic case management conference currently set for April 18, 2008 and all other dates set after the Early Neutral Evaluation are **VACATED**. The Court **SETS** a *telephonic* Settlement Disposition Conference for this matter on *__May 2, 2008, at 9:30 a.m.__* before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the parties file the appropriate dismissal before that time.

　　　**IT IS SO ORDERED.**

DATED: April 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/ Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge