| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID B. WALLACE |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 172193 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5049 |
| | Dave.Wallace@usdoj.gov |
| 6 | Attorneys for Defendant |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CRANN, formerly known as LAURA CARDOSO, | No. 07CV2167-DMS (NLS) |
| Plaintiff, | |
| v. | JOINT MOTION TO DISMISS ACTION WITH PREJUDICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

COME NOW THE PARTIES, Plaintiff Laura Crann, by and through counsel, Raymond Pacello, The Arnold Law Firm, and Defendant United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and David B. Wallace, Assistant United States Attorney, and hereby jointly move the Court to dismiss this action with prejudice. This is an action brought under the Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2671-80. Counsel for the parties have reached an out of court settlement and thus, agree that the above-captioned case should be dismissed in its entirety.

It is further agreed that each party will bear its own attorneys' fees and costs of suit.

//

//

//

//

1  Based upon the foregoing, it is respectfully requested that the Court enter an order dismissing
2  the action with prejudice.
3  DATED: May 23, 2008                KAREN P. HEWITT
                                      United States Attorney

                                      s/David B. Wallace
                                      Assistant U. S. Attorney
                                      E-Mail: dave.wallace@usdoj.gov
                                      Counsel for Defendant

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization from Raymond Pacello, The Arnold Law Firm, to affix his electronic signature to this document.


DATED: May 23, 2008                   s/Raymond Pacello
                                      The Arnold Law Firm
                                      Attorney for Plaintiff
                                      E-Mail: rpjr@arnoldlawoffice.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CRANN, formerly known as LAURA CARDOSO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 07cv2167-DMS (NLS) <br><br> CERTIFICATE OF SERVICE |

I, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Raymond Pacello, Jr**
Law Offices of Robert Bruce Arnold
2329 India Street
San Diego, CA 92101
(619)233-1096
Fax: (619)233-1607

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2008

                                              *s/David B. Wallace*
                                              DAVID B. WALLACE