UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CRANN, formerly known as LAURA CARDOSO,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 07CV2167-DMS (NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE |

The parties move jointly to dismiss the above-captioned case. Good cause appearing, the joint motion to dismiss this action with prejudice is granted.

**IT IS SO ORDERED.**

DATED: May 27, 2008

_____
HON. DANA M. SABRAW
United States District Judge